*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 2 TO COMPLAINT



**J. KEVIN STITT, GOVERNOR**
**WADE FREE, DIRECTOR**
Wildlife Conservation Commission

| | |
|---|---|
| **Rick Holder** | **James V. Barwick** |
| Chairman | **Eric Chapman** |
| **D. Chad Dillingham** | **Tim Diehl** |
| Vice Chairman | **Jess Kane** |
| **Mark Mabrey** | **John P. Zelbst** |
| Secretary | |

Oct. 7, 2025

Following the recommendation of the Legal Committee of the Oklahoma Wildlife Conservation Commission, and with a concurring recommendation from Assistant Director Nels Rodefeld, I have directed AD Rodefeld to implement uniform enforcement of the Oklahoma Wildlife Code in state courts in accordance with applicable state law.

The Stroble v. Oklahoma Tax Commission case, which was decided July 1, 2025, by the Supreme Court of the State of Oklahoma, has provided clear legal confirmation that McGirt is limited to prosecuting crimes under the federal Major Crimes Act only. All offenses within the Wildlife Code are not within the definition of felonies listed within the Major Crimes Act.

Wade Free
Director