*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 4 TO COMPLAINT

**F I L E D**
MURRAY COUNTY, OKLAHOMA

NOV 1 3 2025

IN THE DISTRICT COURT OF MURRAY COUNTY
STATE OF OKLAHOMA

Jodi Jennings, Court Clerk
By_____ Deputy

STATE OF OKLAHOMA,    )
                      )
    Plaintiff,        )
                      )
v.                    )    Case No. WL - 25 - 03
                      )
KODIE SHEPHERD,       )
                      )
    Defendant.        )

**Entry of Appearance**

COMES NOW Russell S. Cochran, the duly appointed and acting SPECIAL PROSECUTOR to enter my appearance in the above-styled case. I am acting under the authority of 74 O.S. §6 and the appointment of the Honorable J. Kevin Stitt, Governor of the State of Oklahoma. My contact information is listed below.

_____
RUSSELL S. COCHRAN, OBA#15540
Special Prosecutor
P.O. Box 30763
Midwest City, OK 73140
Telephone: 405.924.1255
Email: rscochran1@gmail.com

Jodi Jennings, Court Clerk for Murray County, Oklahoma, hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Murray County, Oklahoma,
this ___ day of _____. 20 25
_____ Court Clerk
_____ Deputy

**EX. 4**