*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 5 TO COMPLAINT

# Governor Stitt Defends Equal Enforcement of State Hunting Laws, Appoints Special Prosecutor



Share 336    Post

**EMAIL**

Thursday, November 13, 2025

Today, Governor Kevin Stitt appointed Russ Cochran, former Assistant District Attorney for Lincoln and Pottawattamie Counties and former General Counsel for the Oklahoma Bureau of Narcotics, to act as a special prosecutor in the wake of the State Attorney General's actions regarding the prosecution of certain crimes in eastern Oklahoma.

**"State and federal courts have been clear. The State of Oklahoma can prosecute Indians who commit non-major crimes in our state,"** said Governor Stitt. **"I will not stand by and allow lawless Drummond to undermine district attorneys who are prosecuting crimes and keeping Oklahomans safe."**

The move comes after Attorney General Gentner Drummond targeted the Oklahoma Department of Wildlife Conservation (OWDC) and local district attorneys. Drummond first seized a case from a duly elected district attorney who independently chose to pursue charges against an individual who was illegally hunting on state-owned property in southeastern Oklahoma.

Drummond then sent a threatening letter to OWDC instructing them to ignore the law and not issue tickets to tribal members illegally hunting in the State of Oklahoma. This illustrates a

**EX. 5**

pattern of disregard for the rule of law in favor of political allies on the part of the attorney general.

"I want to thank Russ Cochran for his willingness to pursue charges against those who break the law in Oklahoma," said Governor Stitt. **"While Drummond's top political donors have pressure him to disregard state and federal law, we believe all Oklahomans should be treated equally under the law."**

Cochran previously served as general counsel for the Oklahoma Bureau of Narcotics and Dangerous Drugs Control (OBN). A career prosecutor, he served for over seventeen years as an Assistant District Attorney and First Assistant District Attorney in Oklahoma.

He earned his law degree from Regent University School of Law in Virginia Beach, Virginia, and is admitted to practice law in Oklahoma and the United States District Court for the Western District of Oklahoma.

A former Air Force officer, Russ served ten years on active duty as an instructor navigator in KC-135/EC-135 aircraft. He has over 2400 flying hours.

Russ is a past recipient of the State of Oklahoma Prosecutor of the Year award from the Association of Oklahoma Narcotic Enforcers (A-ONE).

Over his career, he has taught at numerous police academies statewide, including the Oklahoma Highway Patrol Academy, the Oklahoma City Police Academy, and as an adjunct professor at Oklahoma State University – Oklahoma City.

Last Modified on Nov 13, 2025

**EX. 5**