*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 6 TO COMPLAINT

IN THE DISTRICT COURT IN AND FOR THE TWENTIETH JUDICIAL DISTRICT
MURRAY COUNTY, STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | ) | |
| | ) | WL-2025-02 |
| vs. | ) | |
| | ) | |
| KODIE SHEPARD | ) | |

**FILED**
MURRAY COUNTY, OKLAHOMA
NOV 1 2 2025
Jodi Jennings, Court Clerk
By _____ Deputy

## RESIGNATION OF SPECIAL PROSECUTOR

COMES NOW Melissa Handke, District Attorney in and for the 20th Judicial District of the State of Oklahoma, and hereby states the following:

1). On ovember 7, 2025, the Honorable Kevin Stitt hereby appointed Melissa Handke as Special Prosecutor in the matter of Kodie Shepard, WL-2025-02.

2). Melissa Handke, hereby respectfully rejects and resigns the designation of Special Prosecutor in the above-entitled matter, reserving all powers and rights assigned to her as the duly-appointed District Attorney of the Twentieth Judicial District of the State of Oklahoma.

MELISSA HANDKE
DISTRICT ATTORNEY

By: _____
Melissa Handke
District Attorney

EX. 6