*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 7 TO COMPLAINT

IN THE DISTRICT COURT IN AND FOR THE TWENTIETH JUDICIAL DISTRICT
MURRAY COUNTY, STATE OF OKLAHOMA

| | | |
|---|---|---|
| THE STATE OF OKLAHOMA | ) | |
| | ) | WL-2025-02 |
| vs. | ) | |
| | ) | |
| KODIE SHEPARD | ) | |

**FILED**
MURRAY COUNTY, OKLAHOMA
NOV 12 2025
Jodi Jennings, Court Clerk
By _JV_ Deputy

### DISMISSAL WITHOUT PREJUDICE

COMES OW Melissa Handke, District Attorney in and for the 20th Judicial District of the State of Oklahoma, and hereby dismisses the above-styled and numbered causes of action against the defendant, Kodie Shepard, without prejudice in accordance with 22 O.S. § 815(B).

MELISSA HANDKE, District Attorney

By _/s/ Melissa Handke_
Melissa Handke
District Attorney

**EX. 7**