*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 8 TO COMPLAINT

F I L E D
MURRAY COUNTY, OKLAHOMA
NOV 1 3 2025
Jodi Jennings, Court Clerk
By_____ Deputy

IN THE DISTRICT COURT OF MURRAY COUNTY
STATE OF OKLAHOMA

STATE OF OKLAHOMA, )
    Plaintiff, )
     )
v. ) Case No. WL-25-03
     )
KODIE SHEPHERD, )
     )
OLN: ******9988 )
     )
    Defendant. )

## Information

I, Russell S. Cochran, the duly appointed SPECIAL PROSECUTOR acting under the authority of 74 O.S. §6 and the appointment of the Honorable J. Kevin Stitt, Governor of the State of Oklahoma, give information that within the County of Murray, State of Oklahoma, KODIE SHEPHERD did then and there knowingly, willfully, wrongfully, and unlawfully commit the misdemeanor offense of:

**COUNT ONE: HUNTING WITHOUT A LICENSE**, in violation of 29 O.S. §4-112. On or about the 27th day of October, 2025, at a location within the Chickasaw National Recreation Area, in the County of Murray, State of Oklahoma, the Defendant, an Oklahoma resident, was hunting, pursuing, trapping, harassing, catching, killing, taking or attempting to take in any manner, use, have in his possession, sell, or transport all or any portion of any wildlife except fish, without having first procured a license from the Department of Wildlife Conservation.

This offense is punishable by a fine of NLT $25.00 nor more than $200.00, or by imprisonment in the county jail NTE 30 days, or both.

_RUSSELL S. COCHRAN, OBA#15540_
Special Prosecutor

### Witnesses Endorsed for the State of Oklahoma

Casey Young, Oklahoma Dept of Wildlife Conservation, 1801 N. Lincoln Blvd, Oklahoma City, OK 73105

Jodi Jennings, Court Clerk for Murray County, Oklahoma, hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of Record in the Court Clerk's Office of Murray County, Oklahoma. This ___ day of _____ 20__
_____ Court Clerk
By_____ Deputy

EX. 8