*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 9 TO COMPLAINT

10/8/25, 12:58 PM
ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws
Case 4:25-cv-00630-CVE-JFJ    Document 2-9 Filed in USDC ND/OK on 11/18/25    Page 2 of 2

Oklahoma Department of Wildlife Conservation

# ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws

Oklahoma Department of Wildlife Conservation sent this bulletin at 10/08/2025 08:45 AM CDT

Subscribe to updates from Oklahoma Department of Wildlife Conservation

Email Address    e.g. name@example.com
Subscribe

Having trouble viewing this email? View it as a Web page.

## Share Bulletin





### ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws

The Oklahoma Department of Wildlife Conservation (ODWC) reminds all hunters and anglers that state fish and wildlife laws apply to everyone in Oklahoma regardless of race, heritage, or background.

ODWC game wardens will continue to enforce the law and will issue citations to anyone in violation of the state's fish and game laws, regardless of tribal citizenship. Our responsibility is to ensure consistent wildlife management and fair application of the law to protect Oklahoma's natural resources for all citizens.

The Stroble v. Oklahoma Tax Commission case, which was decided July 1, 2025, by the Supreme Court of the State of Oklahoma, has provided clear legal confirmation that McGirt is limited to prosecuting crimes under the federal Major Crimes Act only.

Wildlife conservation depends on fairness and accountability, and we will continue to do our duty to enforce the law uniformly for all Oklahomans. Every license dollar funds the conservation programs that benefit hunters, anglers, and wildlife alike, so it is critical that every user contributes to this funding model that has made Oklahoma a top ten hunting and fishing destination. The Wildlife Department remains committed to protecting Oklahoma's fish and wildlife resources for all citizens to enjoy.

ODWC Media Contact: Micah Holmes, Communication and Education chief, micah.holmes@odwc.ok.gov; (405) 990-1374.



**This season, take advantage of liberal bag limits and open days for antlerless harvest because hunters in the know take a doe!** *Learn more about the benefits of antlerless harvest.*

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by Oklahoma Department of Wildlife Conservation. If you have questions or problems related to the IT accessibility of this message, please visit the Oklahoma Accessibility Policy webpage.

**EX. 9**