*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 10 TO COMPLAINT

# Drummond to dismiss Native American hunting case

Share 0     Post

EMAIL

Thursday, October 30, 2025

**OKLAHOMA CITY  (Oct. 30, 2025)** – Attorney General Gentner Drummond said today he will not allow Native American hunters to be prosecuted by the state for hunting in Indian Country without a state permit when they are otherwise acting in accord with duly enacted tribal law.

"I will not permit a petulant lame duck governor to further injure the State's relationship with our valuable tribal partners simply because he is unwilling to compact," he said. "This is another senseless attempt to ignore the sovereignty of the tribal nations in Oklahoma, and it cannot be tolerated."

Drummond said his office will take over the case of *State of Oklahoma v Shawn Robertson* and dismiss the charge of hunting without a license. The defendant, a member of the Choctaw Nation, was charged last week in Pushmataha County. Tribal members historically have been allowed to hunt and fish on reservations.

Drummond said any further cases filed against members of Native American tribes for hunting on tribal land without a license will be taken over by the Attorney General's Office and promptly dismissed.

Last Modified on Oct 30, 2025

EX. 10