*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 11 TO COMPLAINT



# Choctaw Nation of Oklahoma

*Environmental Protection Service*

P.O. Box 1210
Durant, OK 74702
(580) 924-8280

Faith ◆ Family ◆ Culture

Gary Batton
Chief

Jack Austin Jr.
Asst. Chief

November 11, 2025

Wade Free, Director
Nathan Erdman, Chief of Law Enforcement Division
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln
Oklahoma City, OK 73105

Director Free and Chief Erdman:

    I write to you concerning an issue of extreme importance to the Choctaw Nation of Oklahoma and its members, especially those who rely on hunting on the Choctaw Reservation for their subsistence. Specifically, I am writing to ask that you confirm that you have retracted ODWC's position, which you communicated by a public announcement on October 8, that your game wardens throughout the State of Oklahoma will enforce the state fish and game code against members of federally-recognized Indian tribes engaged in hunting and fishing in Indian Reservations anywhere in the State, even if they are complying with Tribal law. Clarification of this issue is critically important to Choctaw hunters who are now in the field or are planning to hunt in the coming weeks. Since I know this issue is also extremely important to my counterparts at the Cherokee Nation and Chickasaw Nation and has impacts statewide, I am copying them on this letter so they can also benefit from the information that you provide in response to my request below.

    As you know, the Choctaw Nation has established hunting and fishing laws and regulations to govern its members' exercise of their treaty rights to hunt and fish on the Choctaw Reservation. The Nation also enforces its hunting and fishing laws against members of other federally-recognized tribes on the Choctaw Reservation. Tribal members deserve to know that they can hunt and fish on the Choctaw Reservation without facing the threat of unlawful citation, arrest, or other interference. Leaving this matter unaddressed is unacceptable to the Choctaw Nation, especially as deer archery season is ongoing, with deer rifle season approaching. Many Tribal members rely on the deer they harvest on the Reservation as a critical part of their diets for themselves and their families. Their rights to hunt and fish are protected by federal law—specifically the Nation's treaties—and are regulated by Tribal law. Earlier this year, Tribal members believed they had certainty that they could exercise their treaty-based, Tribal law rights without state interference. But ODWC's recent actions have interfered with that certainty and left Tribal members in limbo.

    Moreover, the current situation appears to be getting worse, not better. I learned yesterday that the Governor of Oklahoma appointed special counsel in the case *State v. Shepherd*, No. WL-2025-02, to prosecute a Chickasaw citizen in state court in Murray County, for allegedly hunting

Servant Leadership ◆ Teamwork ◆ Accountability ◆ Integrity ◆ Honor ◆ Responsibility

**EX. 11**

Wade Free, Director
Nathan Erdman, Chief of Law Enforcement Division
November 11, 2025
Page 2

without a state license or tags on the Chickasaw Reservation. In addition, Choctaw Nation staff have received reports that ODWC game wardens are threatening Tribal members who hunt on the Reservation without state hunting licenses or tags with investigation or prosecution by the State. I also understand that ODWC game wardens throughout the State have been instructed to refer their citations to ODWC or the Governor, for future proceedings that will be brought by special prosecutors. And I have received reports that game wardens have investigated Tribal members and informing them that information is being reported to their superiors in the ODWC. This situation is intolerable.

    For all of these reasons, and in furtherance of the cooperative relationship we have worked hard to establish between the ODWC and the Nation, please confirm that you have retracted ODWC's policy of enforcing Title 29 of the Oklahoma Statutes and Title 800 of the Oklahoma Administrative Code against members of federally-recognized Indian tribes who are hunting and fishing on Indian Reservations, without regard to whether they are complying with Tribal law. In addition, please confirm you have stopped referring citations, issued by your game wardens to members of federally-recognized Indian tribes for alleged conduct on Indian Reservations, to the Governor or his designee so that those citations may be prosecuted by a special counsel in state court.

    Given the upcoming deer rifle season, time is of the essence. If I do not receive a response from you by 5 p.m. on Thursday, November 13, I will understand your silence to mean that ODWC's enforcement policy continues to be to enforce Title 29 of the Oklahoma Statutes and Title 800 of the Oklahoma Administrative Code against members of federally-recognized tribes who are hunting and fishing in Indian Reservations, and that ODWC's current procedural policy is to refer citations issued to members of federally-recognized tribes for conduct in Indian Reservations to the Governor or his designee, so that those citations may be prosecuted by a special counsel in state court.

    Thank you in advance for your reply and your attention to this matter.

Respectfully,

*Matt Gamble (Nov 11, 2025 13:17:52 CST)*

Matt Gamble
Sr. Manager of Wildlife Conservation
The Choctaw Nation of Oklahoma

cc:    Kara Berst, Deputy Secretary of Outreach and Services, Chickasaw Nation
       Christina Justice, Secretary of Natural Resources, Cherokee Nation

**EX. 11**