# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THE CHEROKEE NATION, a federally recognized Indian tribe, on its own behalf and as *parens patriae*,<br>(2) THE CHICKASAW NATION, a federally recognized Indian tribe, on its own behalf and as *parens patriae*, and<br>(3) THE CHOCTAW NATION OF OKLAHOMA, a federally recognized Indian tribe, on its own behalf and as *parens patriae*,<br>                                        Plaintiffs,<br><br>vs.<br><br>(1) WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation,<br>(2) NELS RODEFELD, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation,<br>(3) NATHAN ERDMAN, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation,<br>(4) J. KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, and<br>(5) RUSSELL COCHRAN, in his official capacity as special counsel employed by the Governor,<br>                                        Defendants. | <br><br><br><br><br><br><br>Case No.: 4:25-cv-00630-CVE-JFJ<br><br><br><br><br><br><br><br>**TEMPORARY RESTRAINING ORDER INFORMATION SHEET** |

1. Attorney(s) for plaintiff(s):

    Michael Burrage, OBA No. 1350
    WHITTEN BURRAGE
    512 N. Broadway Ave., Suite 300
    Oklahoma City, OK 73102
    Tel: 405-516-7800
    E-mail:   mburrage@whittenburragelaw.com

    *Counsel for the Chickasaw Nation and Choctaw Nation of Oklahoma*

    Frank S. Holleman, DC Bar No. 1011376
    Douglas B. L. Endreson, DC Bar No. 461999, *pro hac vice forthcoming*
    Anne DeLong, DC Bar No. 90031783, *pro hac vice forthcoming*
    SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP
    1425 K St NW, Suite 600
    Washington, DC 20005
    Tel: 202-682-0240
    E-mail:   fholleman@sonosky.com
              dendreso@sonosky.com
              adelong@sonosky.com

    *Counsel for the Cherokee, Chickasaw, and Choctaw Nations*

    Chad Harsha, OBA No. 31579
    Attorney General
    CHEROKEE NATION
    OFFICE OF ATTORNEY GENERAL
    P.O. Box 1533
    Tahlequah, OK 74465
    Tel: 918-453-5369
    E-mail: chad-harsha@cherokee.org

    *Counsel for the Cherokee Nation*

    Stephen H. Greetham, OBA No. 21510, *pro hac vice forthcoming*
    GREETHAM LAW, P.L.L.C.
    621 Greenwood Road
    Chapel Hill, NC 27514-5921
    Tel: 984-261-7240
    E-mail: sgreetham@greethamlaw.net

    *Counsel for the Cherokee and Chickasaw Nations*

    Kaycie Sheppard, OBA No. 21356, *pro hac vice forthcoming*
    *Chief Executive Counsel*
    THE CHICKASAW NATION
    OFFICE OF EXECUTIVE COUNSEL
    2021 Arlington St.
    Ada, OK 74820
    Tel: 580-310-7925
    E-mail: kaycie.sheppard@chickasaw.net

    *Counsel for the Chickasaw Nation*

Brian Danker, OBA No. 16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*


2. Attorney(s) for defendant(s):

Have not yet appeared in case.


3. Short statement as to nature of claim:

This is an action brought under the doctrine of *Ex parte Young*, 209 U.S. 123 (1908), by federally-recognized Indian tribes ("Nations") both to enjoin state officials ("Defendants") from applying state law and exercising state criminal jurisdiction over the hunting, fishing, and gathering activities of the Nations and their members on the Nations' Reservations, and to declare that such exercise of state criminal jurisdiction is unlawful.

4. Short statement as to relief sought:

In their Motion for Temporary Injunctive Relief and Preliminary Injunction, the Nations seek to enjoin Defendants, either directly or through their agents, designees, or appointees, from enforcing state fish and game laws, including Okla. Stat. tit. 29 and Okla. Admin. Code tit. 800, or exercising state court jurisdiction to enforce such laws and regulations, against the Nations and Nation members hunting on the Nations' Reservations in accordance with Nation law, including members of one Nation hunting on another Nation's Reservation under the Five Tribes Wildlife Management Reciprocity Agreement ("Reciprocity Agreement").

In their Complaint, the Nations also seek preliminary and permanent injunctive relief preventing Defendants from enforcing state game and fish laws against the Nations, members of one Nation hunting on another Nation's Reservation under the Reciprocity Agreement, and all other Indians hunting, fishing, and gathering on the Nations' Reservations. In their Complaint, the Nations also seek declaratory relief that:

- Each Nation and its members have federal law rights to hunt, fish, and gather on the Nation's Reservation free from state interference;
- Each Nation has the federal law right to regulate all Nation members and other Indians engaged in hunting, fishing, and gathering on its Reservation; and
- Each Nation has the federal law right to be free from interference arising from Defendants' actual and threatened exercise of state jurisdiction over and application of state law to the exercise of these federal rights by the Nations, their members, and other Indians.

In their Complaint, the Nations also seek further injunctive relief as may be necessary to protect the rights declared by the Court, reasonable attorneys' fees, costs, and expenses, and such other relief as is just and equitable.

5. State why immediate action is required:

Defendants' exercise of jurisdiction over the Nations and their members' hunting on the Nations' Reservations infringes on treaty rights, interferes with tribal sovereignty, and prevents Nation members from engaging in subsistence hunting, including members of one Nation hunting on another Nation's Reservation under the Reciprocity Agreement. This is an ongoing and irreparable harm that must be restrained and enjoined. Under the laws of the State and Nations, the deer rifle season begins on November 22 and lasts until December 7. That is the most significant deer hunting season, when subsistence hunters and others harvest the largest number of deer. Immediate action is required to prevent Defendants from interfering with the Nations' and their members' hunting on the Nations' Reservations during this hunting season.

6. Short statement as to jurisdiction [Cite statute(s)]:

This Court has subject matter jurisdiction over this action under 28 U.S.C. Sections 1331 and 1362 because it states substantial questions of federal law arising under the United States Constitution, treaties between the United States and the Plaintiff Nations, and federal statutory and common law, and is brought by federally recognized Indian tribes with governing bodies duly recognized by the United States Secretary of the Interior.

7. Estimated length of hearing:

Nations submit that the motion can be decided on the papers submitted. If a hearing were held, the Nations submit it should last two days.

8. Has the defendant(s) and his attorney(s) been notified?

Yes

9. How was notice given?

Personal service on defendants.

10. Are all parties represented and present at this time?

All parties have legal counsel and have been notified of the complaint and motion for temporary restraining order and preliminary injunction, but Defendants or their counsel have not yet appeared in the case.