*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 2 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. <br> ) |
| WADE FREE, et al. | ) <br> ) |
| Defendants. | ) <br> ) |

**DECLARATION OF CODY DIXON**

I, Cody Dixon, declare as follows:

1. I am over eighteen years of age. I reside in Ada, Oklahoma. I am the Director of the Chickasaw Nation Fish and Wildlife Service.

2. I have worked for the Chickasaw Nation for eighteen years. I began my work at the Nation as a loss prevention field specialist. I was promoted to a Special Assistant to the Senior Manager of Protective Services, and then I served as the Regional Manager for Protective Services, where I oversaw nearly five hundred staff that provided dispatch and security services to ten of the Nation's casino facilities.

3. Governor Bill Anoatubby appointed me to my current position as Director of Fish and Wildlife Service in 2013. In this role, I oversee the entire office's day-to-day operations, long-term strategic planning, development of policies and regulations, wildlife management and conservation, and grant management. The Service is the Tribal office responsible for issuing hunting and fishing licenses and making sure that the Nation's hunting and fishing regulations and programs are being implemented effectively by the Nation. I am the public's main contact for questions about how to comply with the Nation's hunting and fishing laws. In that capacity, I have

a unique expertise and insight into how the public, and tribal citizens in particular, understands and responds to hunting and fishing enforcement by game wardens.

4. Throughout most of my time at the Fish and Wildlife Services, our office has worked well with the Oklahoma Department of Wildlife Conservation ("ODWC"). Our staff has generally had a good relationship with ODWC's game wardens and staff. Ultimately, we share the common goal of good wildlife management. Since the Nation's reservation was acknowledged in the *Bosse* decision in 2021 and the Nation issued new hunting and fishing laws and regulations, Chickasaw citizens have been able to hunt and fish on the Reservation by using a Tribal hunting and fishing license and checking in their harvest with the Nation through an online portal maintained by the Chickasaw Nation. Under Chickasaw Tribal law, after taking an animal, Chickasaw hunters must enter data about themselves and their harvest on the Nation's online portal within twenty-four hours. Through the portal, our office issues each animal a unique confirmation number. The State uses an almost identical system.

5. With this number, hunters may then take their animal to a processing facility to have it processed for consumption – for instance, to have the meat processed into ground meat, sausage, jerky, or other forms of meat that can be easily stored and prepared. The processors confirm the legality of the harvest by verifying that the hunter has a confirmation number associated with the carcass. Processors will not accept a carcass without a confirmation number demonstrating that it was legally taken and checked in. Once confirmed that the take is legal, the processor freezes the carcass until it can be processed, and information about the hunter and the harvest remains with the carcass on a tag. Law enforcement will often visit processing facilities and inspect these carcasses and their tags to ensure that both hunters and processors comply with the law.

**EX. 2**

6. Attached to this declaration is a true and correct copy of a notice that ODWC emailed to the public and posted to its website on or about October 8, 2025. The notice announces a new ODWC policy to enforce state law against Indians on the Reservation. I received this notice by email and observed it posted on ODWC's website on October 8, 2025.

7. Since the ODWC's announcement that it would enforce the state's hunting and fishing laws against everyone on the Reservation, I have fielded around three hundred calls to our office and had numerous in-person interactions from Chickasaw citizens who are confused about how to legally hunt and fish this season. I have heard the same concerns repeated to me over and over again.

8. Chickasaw citizens want to follow the law when hunting and fishing on the Reservation. Even if they follow Tribal law, as they have been doing for several years now, it appears that the State will punish them if they do not purchase state licenses or check in their harvest with the State. The State could impose significant financial liabilities on people who do not buy state licenses, either by imposing fines directly on them or confiscating their equipment if they hunt without buying a state license. Purchasing a state hunting license presents a real burden, especially for those Chickasaw citizens who are on a fixed or low income.

9. Through fielding these questions in my role, I have encountered at least twelve Chickasaw citizens who told me that they will refrain completely from hunting and fishing this fall. This suggests to me that tribal citizens are concerned about whether they will be protected by tribal licenses and feel pressure to change their behavior as a result, including by refraining from hunting and fishing entirely. That concerns me because I know from my experience in my current role that many Chickasaw citizens rely on hunting for subsistence.

10. I am concerned that state game wardens may seek to enforce state law against Chickasaw citizens who are hunting on the Reservation by canvassing the animals at processors on the Reservation. If state game wardens ask processors to produce check-in numbers for animals and the processors give them tribal numbers, the state game wardens may now connect those tribal numbers with information about hunters and then cite the hunters for not checking in using the state system, or failing to purchase a state license or tag. This form of enforcement can produce hundreds of citations at once, which is faster and more productive than patrolling vast amounts of land for hunters violating laws in the field.

11. Many Chickasaw hunters who I have spoken to have said that they are concerned because they believe this is exactly what has happened. I have been told by numerous people who brought animal carcasses to two particular processors on the Reservation with tribal confirmation numbers, that they were called by a state game warden shortly afterward, who told them that the State would begin charging people who did not use a state license to hunt or did not check in animals through the state system. Given the number of times I heard this story about these particular locations, I believe this information is credible. At the very least, this information, along with ODWC's announcement on October 8, is creating a climate of fear in which tribal citizens believe they must change their behavior or face punishment.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 30, 2025

*Cody Dixon* (signature)
Cody Dixon
Director
Chickasaw Nation Fish and Wildlife Service

EX. 2

10/8/25, 12:59 PM
ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws
Case 4:25-cv-00630-CVE-JFJ    Document 3-4 Filed in USDC ND/OK on 11/18/25    Page 6 of 7

[Oklahoma Department of Wildlife Conservation](#)

# ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws

Oklahoma Department of Wildlife Conservation sent this bulletin at 10/08/2025 08:45 AM CDT

**Subscribe to updates from Oklahoma Department of Wildlife Conservation**

Email Address    e.g. name@example.com

Subscribe

Having trouble viewing this email? View it as a Web page.

**Share Bulletin**





## ODWC Reaffirms Enforcement of Oklahoma's Wildlife Laws

The Oklahoma Department of Wildlife Conservation (ODWC) reminds all hunters and anglers that state fish and wildlife laws apply to everyone in Oklahoma regardless of race, heritage, or background.

ODWC game wardens will continue to enforce the law and will issue citations to anyone in violation of the state's fish and game laws, regardless of tribal citizenship. Our responsibility is to ensure consistent wildlife management and fair application of the law to protect Oklahoma's natural resources for all citizens.

The Stroble v. Oklahoma Tax Commission case, which was decided July 1, 2025, by the Supreme Court of the State of Oklahoma, has provided clear legal confirmation that McGirt is limited to prosecuting crimes under the federal Major Crimes Act only.

Wildlife conservation depends on fairness and accountability, and we will continue to do our duty to enforce the law uniformly for all Oklahomans. Every license dollar funds the conservation programs that benefit hunters, anglers, and wildlife alike, so it is critical that every user contributes to this funding model that has made Oklahoma a top ten hunting and fishing destination. The Wildlife Department remains committed to protecting Oklahoma's fish and wildlife resources for all citizens to enjoy.

ODWC Media Contact: Micah Holmes, Communication and Education chief, [micah.holmes@odwc.ok.gov](mailto:micah.holmes@odwc.ok.gov); (405) 990-1374.

---



**This season, take advantage of liberal bag limits and open days for antlerless harvest because hunters in the know take a doe! [Learn more about the benefits of antlerless harvest.](#)**

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your [Subscriber Preferences Page](#). You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit [subscriberhelp.govdelivery.com](#).

This service is provided to you at no charge by [Oklahoma Department of Wildlife Conservation](#). If you have questions or problems related to the IT accessibility of this message, please visit the [Oklahoma Accessibility Policy webpage](#).

**EX. 2**

Powered by



Privacy Policy | Cookie Statement | Help

**EX. 2**