*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 3 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al | ) |
|                 Plaintiffs, | ) |
| v. | ) Civil Action No. |
| WADE FREE, et al. | ) |
|                 Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF JAY HARVEY**

I, Jay Harvey, declare as follows:

1. I am over eighteen years of age. I am a citizen of the Cherokee Nation, and I reside in Atoka, Oklahoma, on the Choctaw Reservation. I am currently a Game Warden for the Choctaw Nation of Oklahoma.

2. I am supplementing my earlier Declaration, signed on October 23, 2025.

3. Before the October 8 announcement of the Oklahoma Department of Wildlife Conservation ("ODWC"), state game wardens shared information concerning alleged violations of the Choctaw wildlife code by Indians on the Choctaw Reservation with the Choctaw Nation. They also referred to us citations of Indians who were suspected of violating the Choctaw wildlife code. Although state game wardens are state officers, they can cite Indians for violating the Choctaw wildlife code on the Choctaw Reservation because they are cross commissioned with the Nation to enforce Nation's wildlife laws. I would investigate information I received from state game wardens and refer state game warden citations to the Nation's prosecutors. This was a regular occurrence.

1

**EX. 3**

4. Since October 8, state game wardens have not sent this information to the Nation, which is notable since this used to happen on a regular basis.

5. In at least one instance in my personal experience, state game wardens are ignoring requests to share information regarding potential violations of fish and game laws by Indians on the Choctaw Reservation. A state warden told me that he recently encountered a group of hunters chasing deer with dogs on the Choctaw Reservation, which is unlawful. He told me that he had cited three of the hunters, who were non-Indian, but that he had been directed that he could not do anything more than collect information about the two hunters who are Choctaw members. In response, I asked the state game warden to send me the information he had on the Choctaw hunters. I never received any information from him.

6. As a result, some violations of the Nation's code by members of federally-recognized Indian tribes could go unpunished, through no fault of the Nation, which is eager to enforce our fish and wildlife laws.

7. I saw that on November 13, the Governor issued a press release on his website, https://oklahoma.gov/governor/newsroom/newsroom/2025/governor-stitt-defends-equal-enforcement-of-state-hunting-laws--.html, a true and correct copy of which is attached as Exhibit A, in which he said he has appointed a special prosecutor to prosecute Indians who allegedly do not comply with state law while hunting in Indian country.

8. Under both state and tribal regulations, the modern gun or rifle season for whitetail deer begins in about a week. This is a major event in southeast Oklahoma. Rifle season coincides with the Thanksgiving holiday week, when many students are off from school and families take vacation time. Many families, including hunters and non-hunters, will spend all or part of the week camping in areas on the Choctaw Reservation where hunting is allowed and will be hunting

deer during this time. In my experience, the majority of deer harvested in any given year are harvested during this hunting season. For that reason, this is a very important period for subsistence hunting. The number of people in the field goes up dramatically during this period.

9. I am concerned that state game wardens could target campgrounds for enforcement actions and cite members of hunters' families' for alleged violations of state law, try to get them to purchase state licenses in the field, or collect information on them while threatening to investigate or charge them under state law. This could dramatically increase the number of tribal members who are subject to efforts by state game wardens to impose state law on them. And based on the lack of coordination or criminal referrals we are getting from state game wardens at this time, and given Governor Stitt's recent announcement he appointed a "special prosecutor," I am also concerned that any resulting criminal charges could be referred to Governor Stitt's special prosecutor, who would bring charges against Indians in state court, rather than tribal court.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 17, 2025

*Jay Harvey*
Jay Harvey (Nov 17, 2025 11:48:42 CST)

Jay Harvey
Game Warden Supervisor
Choctaw Nation

**EX. 3**

# Governor Stitt Defends Equal Enforcement of State Hunting Laws, Appoints Special Prosecutor



Share 1     Post

**EMAIL**

Thursday, November 13, 2025

Today, Governor Kevin Stitt appointed Russ Cochran, former Assistant District Attorney for Lincoln and Pottawattamie Counties and former General Counsel for the Oklahoma Bureau of Narcotics, to act as a special prosecutor in the wake of the State Attorney General's actions regarding the prosecution of certain crimes in eastern Oklahoma.

**"State and federal courts have been clear. The State of Oklahoma can prosecute Indians who commit non-major crimes in our state,"** said Governor Stitt. **"I will not stand by and allow lawless Drummond to undermine district attorneys who are prosecuting crimes and keeping Oklahomans safe."**

The move comes after Attorney General Gentner Drummond targeted the Oklahoma Department of Wildlife Conservation (OWDC) and local district attorneys. Drummond first seized a case from a duly elected district attorney who independently chose to pursue charges against an individual who was illegally hunting on state-owned property in southeastern Oklahoma.

Drummond then sent a threatening letter to OWDC instructing them to ignore the law and not issue tickets to tribal members illegally hunting in the State of Oklahoma. This illustrates a

**EX. 3**

pattern of disregard for the rule of law in favor of political allies on the part of the attorney general.

"I want to thank Russ Cochran for his willingness to pursue charges against those who break the law in Oklahoma," said Governor Stitt. **"While Drummond's top political donors have pressure him to disregard state and federal law, we believe all Oklahomans should be treated equally under the law."**

Cochran previously served as general counsel for the Oklahoma Bureau of Narcotics and Dangerous Drugs Control (OBN). A career prosecutor, he served for over seventeen years as an Assistant District Attorney and First Assistant District Attorney in Oklahoma.

He earned his law degree from Regent University School of Law in Virginia Beach, Virginia, and is admitted to practice law in Oklahoma and the United States District Court for the Western District of Oklahoma.

A former Air Force officer, Russ served ten years on active duty as an instructor navigator in KC-135/EC-135 aircraft. He has over 2400 flying hours.

Russ is a past recipient of the State of Oklahoma Prosecutor of the Year award from the Association of Oklahoma Narcotic Enforcers (A-ONE).

Over his career, he has taught at numerous police academies statewide, including the Oklahoma Highway Patrol Academy, the Oklahoma City Police Academy, and as an adjunct professor at Oklahoma State University – Oklahoma City.

Last Modified on Nov 13, 2025

**EX. 3**