*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 4 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| WADE FREE, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF MATTHEW GAMBLE**

I, Matthew Gamble, declare as follows:

1. I am over eighteen years of age. I reside in Durant, Oklahoma. I am currently the Senior Manager of Wildlife Conservation in the Choctaw Nation Department of Wildlife Conservation ("CNDWC").

2. I received my Bachelor of Science in Wildlife Conservation from Southeastern Oklahoma State University in 2005. I began my career as a fisheries biologist at the Oklahoma Department of Wildlife Conservation ("ODWC"). I served at the ODWC for nearly sixteen years, where I managed the Blue River Public Hunting and Fishing Area ("PHFA"). The Blue River PHFA is located on 3,400 acres of state-managed land in southeastern Oklahoma. In my capacity as manager of the Blue River PHFA, I oversaw work that managed the health and abundance of wildlife and fish populations available for hunting and fishing. That work included managing deer and turkey populations, overseeing controlled burns, stocking trout in fishing streams, and surveying the health and abundance of fisheries in the Blue River. I also engaged in public outreach and education programs, including social media, school programs, and shotgun training education. I was also certified by the Council for Law Enforcement Education and Training to

1

**EX. 4**

serve as an Oklahoma peace officer and served as a reserve state game warden, enforcing the Oklahoma Wildlife Conservation Code on the Blue River PHFA.

3. I am a Boone and Crocket Club Official Measurer and I am a member of the Southeast Region Board of Directors of the Native American Fish and Wildlife Society, which is a national non-profit organization that works to ensure communication and information sharing between tribal, federal, and state fish and wildlife management entities.

4. I am an avid hunter and fisherman. I mainly hunt whitetail deer and wild turkey, using both bows and rifles. I hunt every season, multiple times. I fish throughout the year for species of bass, crappie, and catfish. I mainly hunt and fish for recreation and sustenance.

5. I have worked as Senior Manager of Wildlife Conservation for three years. I oversee the Nation's entire wildlife conservation program as it relates to hunting and fishing, which is run by the CNDWC.

6. CNDWC's responsibilities include setting the regulations that establish seasons, bag limits, and methods of hunting under Choctaw Nation law. Our number one priority is to ensure that the harvest on the Reservation is sustainable while also providing for the needs of Tribal members and others who hunt and fish on the Reservation.

7. CNDWC consists of four other staff. I supervise all their work to protect and sustain the health and abundance of fish and wildlife on the Choctaw Reservation.

8. Our office monitors and identifies population trends in wildlife. For instance, we monitor the health and age of deer on the Choctaw Hunting Lodge, which is a 44,000 game reserve owned by the Choctaw Nation near Blanco, Oklahoma, in Pittsburg County. Using information gathered from deer that is analyzed by an independent laboratory in Montana, we can evaluate herd dynamics and extrapolate herd dynamics to deer across the Reservation. By understanding

EX. 4

how populations change each year, we then adjust season dates or bag counts to make sure that species are not over-harvested.

9. In addition to regularly monitoring harvest and population data to ensure sustainability, our office monitors chronic wasting disease among Reservation wildlife, educates member hunters, and conducts a youth archery program. The Nation recently received a federal wildlife grant, allowing us to purchase additional fisheries management technology that we will use for surveys.

10. Even when populations are thriving, we prioritize conservation. For instance, whitetail deer are at historically high levels in southeast Oklahoma. However, we know that overharvesting of a segment of the population, like bucks, could present long-term problems in the conservation of the species. We recommend bag limits that align with long-term conservation.

11. Our conservation analyses are supported by collaboration with staff from the State of Oklahoma, as well as the other Five Tribes under the data-sharing provisions of the Five Tribes Wildlife Management Reciprocity Agreement. We have made an effort to coordinate seasons, bag limits, and methods with those used throughout the State. Where we have made changes in hunting methods, it has not been in a way that would meaningfully affect the population of species. Coordination also depends on staff interaction to monitor and promote the health of species. For instance, last month, I attended a southeast region conservation meeting alongside ODWC conservationists where we discussed the upcoming bear season. We have also worked with the state to build fish habitats in Eufaula, Broken Bow, and Talawanda Lakes. Generally speaking, I believe that Tribal and State staff have worked well together to ensure species health and abundance.

**EX. 4**

12. CNDWC also supports Choctaw members engaged in traditional forms of hunting. Our office is always concerned that any proposed hunting method is truly based in historic traditions and provides an efficient, ethical kill.

13. The number one traditional purpose of hunting and fishing on the Reservation, of which I am personally aware, is hunting for subsistence purposes. Moreover, in socioeconomically depressed areas of the Reservation, subsistence hunting provides an extremely valuable source of protein-rich, healthy food for families. CNDWC has set bag limits consistent with science and the State's practices which allow sufficient hunting of antlerless whitetail deer to meet members' dietary needs.

14. Our office is working to ensure that hunting and fishing meets the needs of all members of the Nation. For instance, last year our office facilitated a hunting program to harvest and donate one thousand pounds of venison to Choctaw members in need. The program was extremely successful, and we quickly distributed all one thousand pounds to tribal members in need.

15. Our office also receives requests for animal parts by artisans who create traditional tribal regalia. We encourage the use of animals for this purpose, while also ensuring that it is done sustainably.

16. In addition to my formal duties, I also frequently discuss hunting and fishing regulations and requirements with members of the Nation who have questions about how to hunt and fish legally and sustainably. People regularly call me, or talk to me in person, about these issues.

17. I was immediately aware of ODWC's announcement on October 8, 2025, that it would enforce state hunting and fishing laws against everyone throughout Oklahoma. I understood

that this means ODWC will enforce the State Wildlife Conservation Code against Indians within the Choctaw Reservation, even if they are complying with tribal laws. Based on my understanding of the enforcement of the State Wildlife Conservation Code, I understand that this means that if Indians, including Choctaw Nation Tribal members, do not buy state hunting or fishing licenses and present them to state game wardens while hunting and fishing on the Choctaw Reservation, they may be cited, prosecuted, and punished in state courts, even if they are complying with Choctaw Nation tribal law. I also understand that if Indians, including Choctaw Nation Tribal members, take big game like turkeys, deer, or bears on the Choctaw Reservation and do not report the kill and information about themselves and the animal to the State, they could be cited, prosecuted, and punished by state prosecutors and courts, *even if* they report that information to the Choctaw Nation pursuant to Choctaw Nation tribal law.

18. Based on the October 8 announcement, I believe that ODWC will aggressively enforce the State Wildlife Conservation Code against Indians on the Choctaw Reservation, even if those Indians are complying with Choctaw Nation tribal law.

19. Once ODWC announced its new policy on October 8, I immediately began receiving a much higher than normal number of calls and inquiries from Tribal members about hunting and fishing issues. People I have talked to are extremely worried about what ODWC's announcement means for them. They are unsure whether they are legally required to follow state requirements now.

20. Based on my discussions with Choctaw Nation Tribal members, which reflect their immediate impressions about ODWC's announcement, Tribal members are changing how they engage in hunting and fishing as a result of the threat of state enforcement. Several members have said that they will forgo hunting or fishing altogether until this situation is resolved. Tribal

**EX. 4**

members are also reporting to me that they feel pressured by state game wardens to buy a state license.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 21, 2025

Matthew Gamble
Senior Management of Wildlife Conservation
Choctaw Nation

**EX. 4**