*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 5 TO
# PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
|               Plaintiffs, | ) |
|               v. | ) Civil Action No. |
| WADE FREE, et al. | ) |
|               Defendants. | ) |

**DECLARATION OF KARA BERST**

I, Kara Berst, declare as follows:

1. I am over eighteen years of age. I reside in Ada, Oklahoma. I am a Chickasaw Nation citizen, and I am currently the Deputy Secretary of the Outreach and Services division in the Department of Commerce at the Chickasaw Nation.

2. I received my Bachelor of Science in Biology from East Central University in 2003 and my Masters in Business Administration from Southeastern Oklahoma State University in 2012. I began my career at the Chickasaw Nation ("Nation") in 2003 as an environmental technician. I also served as an executive officer within the Department of Commerce. Before I was appointed to my current position, I served as the Under Secretary of Sustainability Services, where I managed environmental and conservation programs and ensured compliance with environmental and safety regulations.

3. I have served as Deputy Secretary of Outreach and Services since April 2022. I am responsible for managing the environmental teams in the Chickasaw Nation Department of Commerce—including the Chickasaw Nation Fish and Wildlife Service ("CNFWS"),

1

**EX. 5**

Environmental Health and Safety, the Office of Natural Resources, Land Sustainability and Services, Risk Management and Insurance Operations, Business Center for Creative Collaboration, Employee Engagement, and Procurement. In addition to managing these teams, I act as a liaison within the Nation and externally, including the United States Environmental Protection Agency and the Oklahoma Department of Environmental Quality.

4. I participated in the working group that proposed the current, amended version of the Chickasaw Nation Code, Title 11 – Wildlife Conservation Act of 2022 ("Code"), and the Chickasaw Nation Wildlife Regulations ("Regulations") implementing the newly-amended Code, from 2021 to early 2023. The working group consisted of technical and legal staff of the Chickasaw Nation. We began by considering other fish and wildlife codes and regulations. We ultimately decided to draft our Code and Regulations to closely resemble the State of Oklahoma's Wildlife Conservation Code. We made this decision because the Chickasaw Nation and the State share citizens, and our wildlife law enforcement officers are cross-deputized to enforce each other's laws, so it is in our shared interest for our codes and regulations to interact seamlessly and for our teams to cooperate, both during the drafting process and beyond. The Nation ultimately adopted the Code and Regulations as drafted in the exercise of its inherent tribal sovereignty and pursuant to its treaty rights.

5. Because we decided to model our Regulations after Oklahoma's, and for the policy and practical reasons discussed above, cooperation with the Oklahoma Department of Wildlife Conservation ("ODWC") was a key part of the working group's mission. We met with the ODWC multiple times throughout the process—once in December of 2021 and three times in January of 2022—to discuss provisions of our draft Regulations and consider their questions and concerns. ODWC received draft copies of our Regulations, including the final draft that was ultimately

adopted. ODWC had meaningful opportunities to discuss the drafts with us and provide input. Additionally, we shared the design of our tribal hunting and fishing license with ODWC director ahead of time. This ensured that state law enforcement would be prepared to recognize our hunting and fishing license in the field.

6. This collaboration was successful in creating Regulations that will protect species' health and abundance. Among other areas, our Regulations establish that Chickasaw hunters have a uniform bag limit across the State, whether they are hunting under the Nation's jurisdiction, another Tribe's jurisdiction, or state jurisdiction, in order to conserve species populations.

7. I was involved in every significant communication between the Nation and ODWC concerning our draft Regulations. The ODWC did not express any significant concerns about our implementing Regulations. Once we shared our approved Regulations with ODWC, we were told by the ODWC director that ODWC had "no concerns." Attached to this declaration as Exhibit A is a true and correct copy of my email exchange with the ODWC director regarding the approved Chickasaw Nation Wildlife Regulations. The only issue I can recall ODWC staff asking that we change, is that our first Regulations required Chickasaw hunters to wear hunter orange in more seasons than state regulations do. ODWC suggested this would place our hunters at a disadvantage when hunting animals that can see colors. Attached to this declaration as Exhibit B is a true and correct copy of my email exchange with the ODWC director regarding this issue.

8. Overall, I understood that ODWC was supportive of our efforts and understood the Chickasaw Nation Wildlife Regulations. Everything I experienced led me to believe that the Nation and ODWC shared trust in our approaches to conservation.

9. After implementing the tribal Regulations, the Chickasaw Nation has continued to prioritize conservation. Our goal is to preserve species so that future generations may continue to

hunt and fish to feed their families and engage in traditional customs. We achieve this through various programs. For instance, we survey on-reservation populations on tribal land with drones to evaluate the health of the species. We review and consider ODWC information and collaborate with other Tribes to align our season dates and bag limits each year.

10. Currently, in my role as Deputy Secretary, I oversee several projects related to conservation. Three years ago, the Chickasaw Nation secured a partnership with Ducks Unlimited to survey and further develop wetland duck habitats at the Kullihoma Grounds, a reserve owned by the Nation that contains ceremonial grounds, traditional buildings, and ample space for Chickasaw citizens to hunt, fish, and gather. We are currently implementing a $139,000 grant from the United States Fish and Wildlife Service to improve waterfowl habitat at Kullihoma. I also oversee the Nation's prescribed fire program, in which five fire planners are working to systematically reduce the invasive red cedar species. Red cedar extracts from our aquifer and creates fire hazards, and prescribed fire helps reduce this harmful species. The Office of Natural Resources, which I oversee, is currently implementing a multi-year, $2.9 million grant from BIA to conduct prescribed fires. That office is also implementing a multi-year $4 million grant from BIA for habitat restoration, which also helps game species. Similarly, we are working to reduce wild hogs, another invasive species that destroys habitats for our native species on the Reservation. The CNFWS is implementing a $178,000 grant from the BIA to decrease invasive species. Overall, the offices that I oversee are currently implementing over $9.4 million in federal grants to protect and improve wildlife habitat and the environment on the Chickasaw Nation Reservation.

11. Another goal that guided both our drafting of the Code and implementing Regulations is hunting and fishing for traditional purposes. For instance, one area in which we strayed from the State's fish and wildlife code is our provision for ceremonial licenses. These

licenses allow limited harvests of certain species outside of their typical seasons for ceremonial purposes. In a similar vein, we provide a written statement permitting staff members to fly with certain animal parts, such as turtle shells, that are used for traditional purposes. We were careful in crafting these provisions to be sure that they would not impact the health and continued vitality of fish and game species while allowing for the expression of our culture.

12. As soon as the Chickasaw Nation began issuing its own hunting and fishing licenses, I witnessed Chickasaw citizens quickly act to exercise their treaty rights. I know that Chickasaw hunters and anglers, including my father, brother and nephew, are proud to hunt and fish using their tribal license. It is a deeply important part of Chickasaw culture, whether it is for subsistence, ceremony, or recreation.

13. When ODWC announced that it would no longer recognize tribal licenses and it would enforce the state wildlife code against everyone throughout the state, many Chickasaw citizens, personally and through my work, expressed confusion and fear to me. CNFWS receives nearly thirty calls every day asking about what the ODWC's announcement means for them.

14. In particular, I have heard from Chickasaw subsistence hunters who are concerned about how this policy will impact their ability to hunt and fish for meat to feed their families. This is very concerning for financially disadvantaged families, for whom subsistence hunting is especially important. Citizens of the Chickasaw Nation receive their tribal hunting and fishing license from the Chickasaw Nation at no cost. They can then hunt and fish knowing that they are doing so legally. Now, with the height of deer season approaching, they are forced to reconsider their plans. Even though they have a legal right to hunt and fish on the Reservation and other tribal Reservations through the Five Tribe Wildlife Management Reciprocity Agreement using their tribal license, doing so without a state license could subject them to a citation from a state game

warden, or worse, confiscation of their vehicle, firearms, or hunting gear. The expense of a state license can be a hardship for tribal citizens.

15. Many Chickasaw citizens have indicated to us that they may purchase a state license to be safe, despite this new financial burden, because subsistence hunting is that important to their family's livelihood and the ability for them to participate in cultural expression.

16. Our office has also received calls from meat processors, who are unsure how to proceed should state game wardens inquire into whether the meat they are processing was harvested legally. I am concerned that this uncertainty will prevent Chickasaw subsistence hunters from processing meat that they can store for the winter or make them a target for legal action.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 28, 2025

*Kara Berst* (signature)
Kara Berst
Deputy Secretary
Outreach and Services, Department of Commerce, Chickasaw Nation

6
EX. 5

**From:** Kara Berst
**Sent:** Thursday, April 7, 2022 12:27 PM
**To:** J. D. Strong <jd.strong@odwc.ok.gov>
**Subject:** RE: Chickasaw Nation wildlife code

Sounds great – thank you!

---

**From:** J. D. Strong <jd.strong@odwc.ok.gov>
**Sent:** Thursday, April 7, 2022 11:13 AM
**To:** Kara Berst <Kara.Berst@chickasaw.net>
**Subject:** Re: Chickasaw Nation wildlife code

After discussing with my law enforcement folks, we see no concerns here. We will let you know if a meeting is needed in the future. Thank you for sharing!

**J.D. Strong**
*Director*

Headquarters
1801 N. Lincoln Blvd.
Oklahoma City, Oklahoma
O: (405) 522-6279
wildlifedepartment.com



---

**From:** Kara Berst <Kara.Berst@chickasaw.net>
**Sent:** Wednesday, March 30, 2022 2:39 PM
**To:** J. D. Strong <jd.strong@odwc.ok.gov>
**Subject:** [EXTERNAL] Chickasaw Nation wildlife code

JD,

Good afternoon! Please see the attached approved code for the Chickasaw Nation wildlife program.

If you would like to have a zoom to discuss, please let me know.

Thank you,

Kara Berst
Undersecretary, Outreach and Services
CNDC
Ext 20001

Ex. A **EX. 5**

**From:** Stephen Greetham <Stephen.Greetham@chickasaw.net>
**Sent:** Thursday, September 22, 2022 3:28 PM
**To:** J. D. Strong <jd.strong@odwc.ok.gov>
**Cc:** kara.berst@chickasaw.net <kara.berst@chickasaw.net>; Debra.Gee <Debra.Gee@chickasaw.net>; OKWIN - RandyWesleyChickasaw <randy.wesley@chickasaw.net>; Meredith Turpin <MEREDITH.TURPIN@chickasaw.net>; Sandra LaGuardia <Sandra.Laguardia@chickasaw.net>; Kelsie Sweat <Kelsie.Sweat@chickasaw.net>
**Subject:** [EXTERNAL] Chickasaw Nation: Upcoming season

Director Strong –

My apologies for doing this so informally, but attached, you'll find Governor Anoatubby's Sept. 2, 2022, executive order approving our new wildlife regulations, prepared in anticipation of the coming deer season. These regulations implement our code, which was amended in Feb. 2022 and can be found here: https://code.chickasaw.net/Title-11.aspx. Our code and regulatory system is structured to provide licensure and permitting in a manner that complement Oklahoma's system and for purposes of ensuring full and lawful coverage of all hunting and fishing activities within our reservation while providing for the sustainable management of wildlife resources. I share these with you in the hope you will share them down line with your law enforcement officers, who I understand have good relations with our folks in the field.

The Chickasaw Nation's objective is to keep folks safe while a good season is had by all, and we look forward to working with our partners to that end.

Please let me know if you have any questions or concerns, but in the meantime, Deputy Secretary Berst and Chief Counsel Gee, who works closely with Lighthorse Police Commissioner Wesley, would be great contacts regarding our wildlife code administration and its enforcement in Chickasaw Nation courts, respectively.

Take care.

Stephen Greetham
Senior Counsel
Chickasaw Nation

EX. 5

**From:** J. D. Strong <jd.strong@odwc.ok.gov>
**Sent:** Thursday, September 29, 2022 11:13:10 AM
**To:** Stephen Greetham <Stephen.Greetham@chickasaw.net>
**Cc:** kara.berst@chickasaw.net <kara.berst@chickasaw.net>; Debra.Gee <Debra.Gee@chickasaw.net>; OKWIN - RandyWesleyChickasaw <randy.wesley@chickasaw.net>; Meredith Turpin <MEREDITH.TURPIN@chickasaw.net>; Sandra LaGuardia <Sandra.Laguardia@chickasaw.net>; Kelsie Sweat <Kelsie.Sweat@chickasaw.net>
**Subject:** Re: Chickasaw Nation: Upcoming season

**CAUTION: This Message Is From an External Source**
This message originated outside the Chickasaw Nation. Do not click links or open attachments unless you recognize the sender and know the content is safe!

Report Suspicious

I don't see any major problems here. Thanks for the efforts to streamline this as much as possible. I've pushed this down the chain and asked our local Wardens to meet and coordinate. If that's not happening, or if I need to otherwise engage, please let me know.

While it's not major, I noted in your regs that hunter orange appears to be required during any hunting activity, not just deer/elk hunting. Your hunters will be at a distinct disadvantage if they must wear hunter orange when hunting turkey, waterfowl, bear and several other species that see colors! Maybe I'm misreading.

**J.D. Strong**
*Director*

Headquarters
1801 N. Lincoln Blvd.
Oklahoma City, Oklahoma
O: (405) 522-6279
wildlifedepartment.com


OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION

Ex. E  **EX. 5**