*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 6 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
|           Plaintiffs, | ) |
| v. | ) Civil Action No. |
| WADE FREE, et al. | ) |
|           Defendants. | ) |

**DECLARATION OF LARRY SOAP**

I, Larry Soap, declare as follows:

1. I am over eighteen years of age. I reside in Bunch, Oklahoma. I am a citizen of the Cherokee Nation.

2. I am an avid hunter. Since the age of seven, I have hunted whitetail deer, rabbits, and squirrels on the Cherokee Reservation. I hunt deer every season using a black powder rifle and crossbow. I process the meat of the deer that I harvest, freeze it, and then consume it throughout the year. Subsistence hunting is an expression of my Cherokee heritage.

3. I am passing down this tradition of subsistence hunting to my nine-year-grandson. We have hunted small game together in the past, and this season I plan on bringing him with me to hunt deer for the first time. I plan to bring him to a privately-owned parcel within the Reservation. I have permission to hunt here from the landowners, and I have gone hunting there with their permission in previous years.

4. I heard about the announcement of the Oklahoma Department of Wildlife Conservation ("ODWC") earlier this month to require state hunting licenses of Indians on the Reservation. I was concerned about how this announcement would impact my grandson's hunting

**EX. 6**

experience, so when I encountered a State of Oklahoma game warden near my home last weekend I spoke to him about it.

5. Specifically, I asked whether my grandson, also a Cherokee citizen, would need a license from the State of Oklahoma to hunt. I have spoken with this state game warden before and shared in previous conversations the location of this specific parcel where my grandson and I plan to hunt. The warden told me that the State would require my grandson and myself to purchase a state hunting license to hunt on fee land in the Cherokee Nation Reservation, and that if a state game warden caught either of us hunting with a Cherokee hunting license, but not a state license, the game warden would issue us a state law citation.

6. I was worried by the game warden's response. To me, it confirmed that ODWC was serious that it would cite Cherokee citizens for hunting with a Cherokee license on the Cherokee Nation Reservation. I do not want my grandson's first deer season to be made unpleasant by a citation from a state game warden. I don't want either of us to face fines or other punishment from the State. Although I believe that I am within the law hunting with my Cherokee Nation license, I purchased state hunting licenses and deer tags for myself and my grandson shortly after this conversation. It was a financial burden to take money away from other needs and put it towards purchasing a state license, but a peaceful hunting experience with my grandson is important to me.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 28, 2025

_Larry Soap_ (signature)
Larry Soap

EX. 6