*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 7 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. |
| WADE FREE, et al. | ) ) ) |
| Defendants. | ) ) |

### DECLARATION OF SHAWN ROBERTSON

I, Shawn Robertson, declare as follows:

1. I am over eighteen years of age. I reside in Antlers, Oklahoma. I am a member of the Choctaw Nation of Oklahoma.

2. I hunt every whitetail deer season on the Choctaw Reservation. I harvest deer to feed myself, my wife, and my young daughter throughout the year. Since the Choctaw Nation started issuing hunting licenses, I have registered for Tribal hunting licenses. I register for the maximum number of tags for whitetail deer each year allowed under Choctaw law, and I use all of them. Hunting for subsistence offers my family an affordable and healthy source of meat, and it has been especially important as the price of meat grows more expensive.

3. On October 14, 2025, I visited the Hugo Wildlife Management Area ("WMA"), within the Choctaw Reservation, to hunt for whitetail deer using my compound bow. I brought my boat as well, to travel on the Kiamichi River that runs through the WMA. I did not take any deer that day.

**EX. 7**

4.   I decided to stop hunting and leave the WMA. I loaded my boat onto its trailer at the boat ramp and prepared to exit the WMA through the parking lot, which is located up beyond the boat ramp and before the exit. At that point, I was the only vehicle in the parking lot. I was driving my father's truck, which displays Choctaw Nation motor vehicle tags. There, a game warden with the State of Oklahoma waved to me, indicating for me to stop the vehicle. I complied and stopped the truck.

5.   The officer asked if I took any animals that day, and I answered no. He asked if I possessed a hunting license. I answered yes, that I have a hunting license from the Choctaw Nation. He said that the State had done away with tribal licenses, and that I would need a state hunting license instead. He did not ask to see my Choctaw Nation hunting license.

6.   The officer issued me a citation under state law. The citation lists "Resident Hunting without a License" as the offense, supposedly contrary to 29 O.S. § 4-112, and imposes a $264 fine. It directs me to appear at the state courthouse in Pushmataha County on or before December 17, 2025. A copy of the citation is attached to this Declaration.

7.   At the bottom of the citation, there is a note that says "Choctaw Nation Court" and gives a phone number. The state Game Warden did not write this on the citation. After I left the WMA, I saw Choctaw Nation Lighthorse Police parked on the side of the road in Antlers and I stopped to ask them what I should do. One of them suggested I should call the Choctaw Nation Court and wrote that information on the ticket for me.

8.   After this experience, I chose to purchase a state hunting license. It is early in the deer season, and I plan to continue hunting and harvesting deer. I do not want to face additional citations from the State because I do not want to risk the financial burden of a fine and having my bow and/or hunting gear confiscated.

9. I do not feel that this citation from the State was right, because I take care every hunting season to comply with the law, and I have never encountered any issues before this citation. I always maintain my Choctaw Nation hunting license and check in my harvests on the Nation's portal within twenty-four hours before taking the carcass to a processor or processing it myself for consumption, as required by law.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 25, 2025

_____
Shawn Robertson

EX. 7

# OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION
## OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

Case No. _____  Docket No. _____  Page No. _____

State of Oklahoma
County of: **Pushmataha** )-SS- In The District Court

**DEFENDANT'S COPY**
ODWCA **329592**

### COMPLAINT - INFORMATION

The undersigned, being duly sworn, does depose and say upon oath that:

on or about (date): **10-19-25**  at (24-hour time): **1830**  at or near (location): **[illegible] WMA**

County Number: **6**  Temporary License #: ____  Administrative Fine #: ____

at the location within the county aforesaid,

Name (last, first, middle): **Robertson, Shawn** [redacted]

Address: [redacted]

City: [redacted]  State: [redacted]  Zip Code: [redacted]

Birthdate: [redacted]  Height: **6'3**  Weight: **300**  Race: **Ind**  Sex: **M**  Hair: [redacted]  Eyes: [redacted]

Drivers License Number: [redacted]  Month/Year: [redacted]  State: [redacted]

Employer: [redacted]  Employer Phone Number: [redacted]

Vehicle Make: [redacted]  Year: [redacted]  Body Style/Color: [redacted]  Tag Number: [redacted]  Year: [redacted]  State: [redacted]

and did then and there commit the following offense: **Resident Hunting without a License**

Contrary to Title: **29**  Section: **[illegible]-112**  Oklahoma Statutes

MINIMUM FINE & COSTS: $ **264**   RESTITUTION AMOUNT: $ **N/A**

I, the undersigned arresting officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and the facts supporting the criminal charge stated therein are true.

Printed Name of Officer: **Tim Gillham**

Signature of Officer: [signature]  Date: **10-14-25**  District: **3**  Badge Number: **401**

Sworn to and subscribed before me this ____ day of _____, 20____

My commission Expires: _____, 20____

Name and Title: _____

Court appearance on or before: **17** day of **Dec**, 20 **25** at **0830** AM/PM

Address of Court: **Pushmataha Courthouse**

Notice: Release upon personal recognizance is based upon a signed written promise to appear for arraignment or to otherwise satisfy the charges on this document is conditional, and failure to timely appear shall result in the suspension of the arrested person's hunting and fishing licenses in Oklahoma, or in the nonresident's home state pursuant to the Interstate Wildlife Violator Compact. If you purchased a Temporary License or paid an Administrative Fine for the charge on this citation, your court date will be valid until the sales transaction is final.

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE.**

X DEFENDANT'S SIGNATURE: [signature]

(Check One Box Only)
☐ Signed Personal Recognizance  ☐ Bond Attached  ☐ Magistrate  ☐ Jail  ☐ Other

☐ Juvenile  Name and Address of Parent or Guardian: _____

OFFICER'S REMARKS: **Choctaw Nation Court 580-920-7027**

**EX. 7**