*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 8 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. ) <br> ) <br>          Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WADE FREE, et al. ) <br> ) <br>          Defendants. ) <br> ) | Civil Action No. |

**DECLARATION OF KODIE SHEPHERD**

I, Kodie Shepherd, declare as follows:

1.  I am over eighteen years of age. I reside in Sulphur, Oklahoma. I am a member of the Chickasaw Nation. I hunt deer and small game and fish on the Chickasaw Reservation.

2.  Yesterday, October 27, I visited the Chickasaw National Recreation Area to hunt for deer with my bow and arrow, and using my Chickasaw hunting and fishing license. I arrived around 3 pm, and parked my truck, which has Chickasaw Nation tribal tags. I brought my bow and hunting stand to set up in a favorite spot where I have hunted in previous years. I did not take a deer that day. I returned to my truck around 6 pm to head home for the evening.

3.  As I approached the road where my truck was parked, I saw the vehicle of a State of Oklahoma Game Warden parked nearby. I figured that the warden may want to speak with me, since no one else was parked nearby, so after packing my truck with my supplies I walked over to the game warden's car.

4.  Assuming that the game warden would ask to see my information, I displayed my Chickasaw hunting and fishing license. The game warden told me that the State no longer recognizes the Chickasaw hunting and fishing license and asked if I had a state hunting license. I

EX. 8

responded that I did not possess one. In response, the game warden asked if I have ever possessed a hunting license from the State. I explained that years ago, I would purchase a state hunting and fishing license in order to hunt, before the Chickasaw Nation began offering citizens their own licenses.

5. The game warden then grabbed his ticket book and then issued me two separate tickets for violating the state hunting laws. The violation on the first ticket was for not possessing a state hunting license and imposes a $264 fine; attached to this declaration as Exhibit A is a true and correct copy of this ticket. The second was for not possessing a state archery tag and imposes a $249 fine; attached to this declaration as Exhibit B is a true and correct copy of this ticket. That's a total of $513 in fines for exercising my treaty rights. Both tickets instruct me to appear before the Murray County District Court for the State of Oklahoma on December 2, 2025.

6. I was confused, since I understand my Chickasaw hunting license is valid on the Reservation. I asked the state game warden when the State stopped recognizing Chickasaw licenses, and he answered that this began a month or two ago.

7. Receiving these citations was hurtful. I believe that the Nation went through great effort in offering their citizens hunting and fishing licenses, and it is not right for the State to impede on this. I've preferred hunting with my Chickasaw license instead of a state license. The Chickasaw license saves me money, since it is no cost for Chickasaw citizens. I also appreciate that under the Nation's laws I can use the tribal hunting license to hunt at locations closer to my home in Sulphur and not just on tribal trust lands. The tribal trust lands that are open to hunting that I am aware of are a long drive away from where I live. So hunting there using the tribal license is harder to fit into my schedule than hunting nearby.

**EX. 8**

8. Until I know that I can hunt with my Chickasaw license without the threat of state citations, I will refrain from hunting or purchasing a state license. However, I cannot wait indefinitely since my family and I depend on the meat that I harvest for deer for food throughout the year.

9. Subsistence hunting is so important to my family and takes up such a large part of our diet, that we purchased a deep freezer to store the meat that I harvest this year. I had planned on taking the total legal bag limit of whitetail deer this season to maximize the benefit of hunting season for myself, my wife, and our three children. The risk of state citations has delayed this plan. At a certain point, I may have to give in and purchase a state license so that we can get enough meat this season to meet our needs.

10. Not only have our family's plans for hunting been made complicated, but the risk of state citations also interrupts an activity with great cultural and familial importance for us. I began deer hunting about six years ago, in part to reconnect with my Chickasaw heritage. I am now honing my skill with the more traditional recurve bow, and I purchased bows for each of my children so that I can pass down the skill to them.

11. The processing of meat that I take through hunting also serves as a familial activity. We come together to process meat on our own. We pull hides, gut the carcasses, and do everything by hand. If my hunting is limited by the state's new enforcement policies, that will impact our family and cultural activities, too, not just my hunting activities.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 29, 2025

_____
Kodie Shepherd

**EX. 8**

## OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION
### OKLAHOMA UNIFORM VIOLATIONS COMPLAINT

**DEFENDANT'S COPY** — ODWC A312821

- Case No.: (blank)
- State of Oklahoma
- County of: Murray
- Docket No.: (blank)
- Page No.: (blank)
- In The District Court: -SS-

**COMPLAINT – INFORMATION**

The undersigned, being duly sworn, does depose and say upon oath that:

- on or about (date): 10/27/25
- at (24-hour time): 1130
- at or near (location): Chickasaw Nat Rec Rec Area
- County Number: 50
- Temporary License #: (blank)
- Administrative Fine #: (blank)

at the location within the county aforesaid:

- Name (last, first, middle): Shepherd, Kodie
- Height: 601  Weight: 200  Race: W  Sex: M
- Employer: Self

did commit the following offense:

hunting without license

- Contrary to Title: 29   Section: 4-112
- MINIMUM FINE & COSTS: $264
- RESTITUTION AMOUNT: $

I, the undersigned arresting officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and the facts supporting the criminal charge stated therein are true.

- Printed Name of Officer: Casey Young
- Signature of Officer: (signed)
- Date: 10/27/25
- District: 5
- Badge Number: 273

Sworn to and subscribed before me this ___ day of ___, 20__

My commission Expires: ___

Court appearance on or before: Dec 2nd, 2025 at 10 AM

Address of Court: 10th & Wyandotte, Sulphur

Notice: Release upon personal recognizance is based upon a signed written promise to appear for arraignment or to otherwise satisfy the charges on this document is conditional, and failure to timely appear shall result in the suspension of the arrested person's hunting and fishing licenses in Oklahoma, or in the nonresident's home state pursuant to the Interstate Wildlife Violator Compact. If you purchased a Temporary License or paid an Administrative Fine for the charge on this citation, your court date will be valid until the sales transaction is final.

WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE.

X DEFENDANT'S SIGNATURE: Kodie Shepherd

(Check One Box Only): [x] Signed Personal Recognizance  [ ] Bond Attached  [ ] Magistrate  [ ] Jail  [ ] Other  [ ] Juvenile

OFFICER'S REMARKS: Water plant east side rock creek CNRA!

Ex. A

**EX. 8**

**OKLAHOMA DEPARTMENT OF WILDLIFE CONSERVATION**
**OKLAHOMA UNIFORM VIOLATIONS COMPLAINT**

Case No.: _____   Docket No.: _____   Page No.: _____
State of Oklahoma   In The District Court
County of: M[illegible]   -SS-   **DEFENDANT'S COPY**
**COMPLAINT - INFORMATION**   ODWC A **312822**

The undersigned, being duly sworn, does depose and say upon oath that:
on or about (date): 10/27/25   at (24-hour time): 1903   at or near (location): CN[illegible] Rock Crk
County Number: 50   Temporary License #: _____   Administrative Fine #: _____

at the location within the county aforesaid:
Name (last, first, middle): Shepherd, Katie J
Address: _____
City: _____   State: _____   Zip Code: _____
Birthdate (mo/date/year): [redacted]   Height: _____   Weight: _____   Race: _____   Sex: _____   Hair: Mon[?]   Eyes: _____
D[redacted]   State: _____
Employer: _____   Employer Phone Number: _____
Vehicle-Make: _____   Year: _____   Body Style-Color: _____   Tag Number: _____   Year: _____   State: _____

and did then and there commit the following offense:
No Archery Tag

Contrary to Title: 800   Section: 25   Oklahoma Statutes
MINIMUM FINE & COSTS: $ 249.00   RESTITUTION AMOUNT: $ _____

I, the undersigned arresting officer, hereby certify and swear that I have read the foregoing information and know the facts and contents thereof and the facts supporting the criminal charge stated therein are true.

Printed Name of Officer: CASEY YOUNG
Signature of Officer: [signed]   Date: 10/27/25   District: 5   Badge Number: 78

Sworn to and subscribed before me this _____ day of _____, 20___
My commission Expires: _____, 20___
Name and Title: _____

Court appearance on or before: 02 day of Dec, 20 25 at _____ A.M. or P.M.
Address of Court: [illegible] [illegible]

Notice: Release upon personal recognizance is based upon a signed written promise to appear for arraignment or to otherwise satisfy the charges on this document is conditional, and failure to timely appear shall result in the suspension of the arrested person's hunting and fishing licenses in Oklahoma, or in the nonresident's home state pursuant to the Interstate Wildlife Violator Compact. If you purchased a Temporary License or paid an Administrative Fine for the charge on this citation, your court date will be valid until the sales transaction is final.

**WITHOUT ADMITTING GUILT, I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE.**
X DEFENDANT'S SIGNATURE: Katie Shepherd

(Check One Box Only)
[✓] Signed Personal Recognizance   [ ] Bond Attached   [ ] Magistrate   [ ] Jail   [ ] Other
[ ] Juvenile   Name and Address of Parent or Guardian: _____

OFFICER'S REMARKS:
DA will let us know
CASEY  580 618 0044

Ex. B

**EX. 8**