*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 9 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WADE FREE, et al. ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. |

### DECLARATION OF LOKOSH (JOSHUA D. HINSON, Ph.D)

I, Lokosh (Joshua D. Hinson), declare as follows:

1. I am over eighteen years of age. I reside in Ada, Oklahoma. I am currently the Executive Officer of the Division of Language Preservation, in the Department of Culture and Humanities at the Chickasaw Nation.

2. I received a B.F.A. in painting from Abilene Christian University in 2001, an M.A. in Native American Arts History from the University of New Mexico in 2007, and my Ph.D. in Native Language Revitalization from the University of Oklahoma in 2019. I began working for the Chickasaw Nation in 2004 as the Nation's photography archive manager. I then served as the Curator and Manager of the Chickasaw Council House Museum and the Director of various programs within the Chickasaw Nation Division of History and Culture. Since 2009, I have served in various positions dedicated to preserving and revitalizing the Chickasaw language, primarily within the Chickasaw Nation, and including working as a Chickasaw language instructor at Byng High School in Byng, Oklahoma.

3. I am an avid hunter and fisherman. These activities are an intrinsic part of my Chickasaw heritage and identity. Both sides of my family—my mother's side being Chickasaw

1

**EX. 9**

and Choctaw, and my father's side being Creek and Cherokee—hunted and fished for subsistence. My father continued this practice of subsistence hunting with me, and he specifically encouraged me to begin hunting for whitetail deer at the age of ten. I hunt all kinds of big and small game, including deer, turkey, squirrel, rabbit, and waterfowl, and I primarily hunt in order to consume the meat. I do not hunt things that I cannot eat. I hunt small game, waterfowl, and whitetail deer for their entire hunting seasons, the dates of which are the same for the Chickasaw Nation and the State. I hunt duck and geese in their respective seasons, and I typically hunt turkey in the spring season. I hunt using all methods: bow, muzzleloaders, rifles, and shotgun, as appropriate and authorized by the Chickasaw Nation's hunting seasons. I also fish throughout the year as the opportunity arises, but I am much more devoted to hunting.

4. I can speak to the importance of hunting and fishing in traditional Chickasaw religion and culture based on my own personal experience as a Chickasaw person with traditional beliefs and on my understanding of Chickasaw history and culture derived from my professional and educational experiences and expertise.

5. Chickasaw religious and social customs are defined by our relationship with the natural world, including animals. That understanding of the world is reflected in how Chickasaw people traditionally hunted and fished. For instance, the traditional Chickasaw understanding of hunting and fishing is that an animal allows you to take its life for nourishment. The animal takes pity on the hunter or fisher and offers itself as food. To honor the animal's life, traditional Chickasaw hunters greet the animal in our language after taking it, present it with an offering of food or tobacco, and use all parts of the animal. In my case, I follow these precepts by consuming

every part of an animal possible and using or donating the remaining parts for traditional ceremonial purposes.

6. Traditional Chickasaw customs also guide my choice in which animals to hunt. I am a member of the Kowishto' Iksa' (Panther clan). The Chickasaw clan system determines our relationship to the natural world. In particular, because Panthers are carnivores, I refrain from hunting carnivores like coyotes or bobcats.

7. We know from historical information that hunting and fishing were traditionally important to Chickasaw people. I have just described the religious and cultural significance of hunting. Fishing was also important to Chickasaw people. In the aboriginal Chickasaw homeland east of the Mississippi River, Chickasaw people would fish in streams and rivers during low-flow periods, collecting large numbers of fish in communal activities.

8. I have passed this traditional approach to hunting down to my son, just as I learned about hunting from my elders and my own personal study.

9. This important cultural transmission is enabled and strengthened, in part, by the successful conservation efforts by our Nation and others that restored certain populations, such as whitetail deer and waterfowl. These species were hunted by our Ancestors. But, within living memory these species were not bountiful enough to be harvested. When Chickasaw elders were young, it was unusual to hunt deer, turkey, or waterfowl because those populations were so low. People generally hunted small game. Now, the populations of big game and waterfowl have rebounded, so we can hunt them and consume their meat or use parts of them for ceremonies or other traditional uses.

10. I do practically all of my hunting and fishing on the Chickasaw Reservation, much of it on fee land. On any of the Five Tribes' Reservations, I hunt exclusively with my tribal license.

**EX. 9**

I have always understood my hunting and fishing as an exercise of Chickasaw treaty rights. Before the implementation of the Five Tribes Wildlife Management Reciprocity Agreement, I purchased a lifetime hunting and fishing license from the State to avoid citations. Regardless, my right to hunt and fish on the Reservation comes from tribal law and the Chickasaw Nation's treaties, and I have a right to hunt and fish on the other Five Tribes' Reservations under the Reciprocity Agreement and tribal law. However, I now feel pressured to comply with state law, even on the reservation, in order to avoid fines or the confiscation of my property.

11. My hunting and fishing rights do not come from the State. They were paid for by the blood of my Chickasaw Ancestors. It is therefore very important to me to hunt and fish on the Reservation as an exercise of treaty rights, under Tribal law. I would only comply with state hunting and fishing laws on the Reservation in order to avoid the expense and practical impacts of receiving state tickets or having my property confiscated.

12. After the Chickasaw Nation's Reservation was acknowledged by the courts, and Governor Bill Anoatubby announced that the Nation would issue its own licenses, Chickasaws, including myself, were filled with a newfound energy to hunt and fish on the Reservation. I personally know many young Chickasaw citizens who eagerly exercise these rights to hunt and fish on the Reservation.

13. Since the Oklahoma Department of Wildlife Conservation ("ODWC") announced that it would enforce state hunting and fishing laws against everyone throughout the state, I have personally seen hunters and fishers impacted. Young Chickasaw citizens are especially concerned, and that is disheartening given the energy and excitement that they expressed about hunting and

**EX. 9**

fishing rights after the Nation's announcement. In my view, the ODWC announcement is yet another imposition by the state on tribal treaty rights.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 24, 2025

                         *Lokosh*
                         Lokosh (Joshua D. Hinson, Ph.D.)
Executive Officer, Division of Language Preservation, Chickasaw Nation

EX. 9