*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 10 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. ) |
| WADE FREE, et al. | ) ) |
| Defendants. | ) ) |

## DECLARATION OF IAN THOMPSON, Ph.D.

I, Dr. Ian Thompson, declare as follows:

1. I am over eighteen years of age. I reside near Antlers, Oklahoma, in Atoka County on the Choctaw Reservation. I am a member of the Choctaw Nation of Oklahoma community. I am the Senior Director of the Choctaw Nation's Historic Preservation Department and the Nation's Tribal Historic Preservation Officer ("THPO").

2. I have a Bachelor of Arts in Anthropology from the University of Missouri and a Master of Arts and Ph.D. in Anthropology from the University of New Mexico. I am a Registered Professional Archaeologist and have been certified by the Choctaw Nation Tribal Council as a Community Language and Culture Instructor. I have been working in cultural and historic preservation at the Choctaw Nation for my whole career. I began as the Nation's Tribal Archeologist, then Native American Graves Protection and Repatriation Act Coordinator, and then I served as Assistant Director of the Nation's Historic Preservation Department, then as Director, and currently Senior Director.

**EX. 10**

3. I have worked in my current role as Senior Director since 2016, and as THPO since 2011. I oversee approximately forty employees. The Nation's Historic Preservation Department manages programs that protect tribal historic sites and supports community efforts to revitalize traditional Choctaw culture. As THPO, I represent the Nation in consultations with the federal and state government in matters related to compliance with the National Historic Preservation Act and the Native American Graves Protection and Repatriation Act. As part of my education, life experience, and professional work, I have developed and maintain knowledge of Choctaw practices and beliefs about wildlife and the natural world, both as they were practiced historically and as they are practiced in the present day.

4. I have been practicing Choctaw traditional culture relating to hunting, agriculture, and food for most of my life. I began constructing traditional stone arrow points at seven years old, traditional arrows at twelve years old, and Choctaw bows at fifteen. I began traditionally tanning deer hides when I was a teenager. In 2015, my wife and I purchased 160 acres of degraded farmland on the Reservation in Atoka County. Using traditional Choctaw landscape restoration techniques, we were able to bring back rare forms of habitat. Well over 200 native plant species now thrive there. In fact, our farm has been added to the Oklahoma Register of Natural Areas and we have been formally commended by the State of Oklahoma for voluntary conservation of Oklahoma's natural heritage.

5. My testimony that follows is based on my professional and personal knowledge developed through the life-long experience described above.

6. Whitetail deer have served as a food source for Choctaw people since the end of the last Ice Age. Even after Choctaw ancestors began to practice agriculture, over two thousand years ago, they relied on hunting deer as their main source for animal protein. Thousands of years

**EX. 10**

of connection with and understanding of whitetail deer is reflected, for instance, in the careful landscape management that Choctaw ancestors practiced at the time of European contact and before in their aboriginal homelands of the southeast United States. For millennia, they lived in major settlements and maintained the lands between settlements as deer preserves, while conducting traditional landscape management activities of burning and cycling, which improved deer habitat and increased the land's carrying capacity for deer beyond what it would have been naturally. Additionally, Choctaw hunters operated under what we understand today as hunting seasons. They hunted deer primarily at certain times of the year that reflected the deer's own life cycle, in order to maintain herd populations. Some anthologists consider the relationship between Southeastern Tribes and the whitetail deer to have been so close that it was one of semi-domestication.

7. The closeness which the Choctaw ancestors saw in their relationship with the deer is reflected in the ancient Story of the Hunter and the Deer. A hunter killed a doe one evening away from his settlement. Unable to transport her in the dark, he made his camp for the night next to her and hung his bow up in a nearby tree. During the night, the doe came back to life and bid the hunter to follow her. The startled man followed the doe into an opening in the earth. Choctaw people traditionally believed that every animal species had a King that represented the power of that species. The doe led the hunter before the King of the Deer. He commanded the other deer to put deer hides, hooves, and antlers on the hunter. Eventually, the hunter's family began looking for him. Finding his bow hanging up in the tree, they believed he had been killed and began singing a mourning song for him. As they sang, a herd of deer approached, with one deer coming closer than the others. The hunter's mother looked into its eyes and realized she was looking into the eyes of her own son. Frantically, she made the other family members pull off the hide and

**EX. 10**

hooves. However, they had become a part of the hunter's own flesh. Separated from them, he died. The Story of the Hunter and the Deer emphasizes the traditional connection between Choctaw people and the deer, which comes about through the realization of exactly how deep the two are connected to each other.

8. Another Choctaw oral tradition explains traditional game management. One day a deer hunter, who had not had any success, came upon an alligator stranded away from the water. The weak alligator asked the Choctaw hunter to take him to water and told him that if he would, the alligator would make him a great hunter. Eventually, the hunter brought the alligator to a stream. After refreshing himself, the alligator told the hunter to resume his hunt and that at first, he would see a nice doe, but he mustn't shoot it. Next, he would see a prime buck, but he mustn't shoot it either. Finally, the hunter would come upon an older animal and if he could harvest that animal, he would forever after be a successful hunter. This story captures the traditional Choctaw hunting ethic—harvesting lesser animals and always leaving the best animals to repopulate and improve the overall makeup of the herd. Period observers noted that this ethic was still being followed by Choctaw hunters, even during the destructive years of the hide trade.

9. Fishing was also traditionally an important part of Choctaw culture. Some ancestral Choctaw settlements on Mobile Bay drew the majority of their diet from fish and shellfish in the centuries before European arrival. The garfish have particular importance in Choctaw culture. Its teeth were used as tattoo needles in ceremony. Its bony scales were used as arrow points. The Choctaw garfish dance, still performed today, imitates the motions of the fish. In the homeland and later, on the Choctaw Nation Reservation, community members would come together to cooperatively catch fish and share them together as a meal. These events sometimes draw hundreds of people.

**EX. 10**

10.  Ultimately, traditional Choctaw hunting and fishing practices are rooted in the traditional Choctaw ethos of respect for the non-human world. The traditional Choctaw belief is that plants and animals have their own spirits, intellects, and reasons for existing that are tied to, but not subservient to, the well-being of humans. A second traditional belief is that a successful hunt was not so much because of the skill of the hunter, but because an animal—taking pity on the human need for food, clothing, and other resources that came from the animal's body—chose to sacrifice itself to the hunter. With this realization came the obligation to treat animals with respect. Respect was expressed through the way that Choctaw people traditionally managed animal habitat, the way that the best animals were not hunted, and the way that Choctaw culture had a use for every part of a harvested animal's carcass, especially the deer. The organ meats were the most choice cuts, and therefore they were eaten first. The meat was eaten or preserved for later use. The intestine, if not eaten, was made into bow strings or tough binding material. The tendons were used for similar purposes. The bone marrow was eaten or made into a solution for softly dressing the animal's hide. The brains were used for the same purpose. The bones were made into tools or burned, crushed, and mixed with clay to keep it from cracking when it was made into pottery. The bladder and hooves were used as containers. The antlers were used as stone or wood-working tools. The dew claws were used as dangles. The hair removed from the hide made good mulch. Choctaw traditional culture has a use for every part of the animal as a way of respecting its sacrifice.

11.  Today, most Choctaw people continue to embody this ethos, in both traditional and modern forms of hunting. I personally harvest deer on my land using the traditional Choctaw long bow and stone-tipped arrows that I construct myself. I tan the hides and I use the bones and almost every other part of the carcass out of respect for the animal's sacrifice. The traditional feasts that

EX. 10

come after the hunt are still a part of the traditional Choctaw community today. Deer meat is shared and served at Choctaw church meetings, continuing the connection between Choctaw people and this animal, even for non-hunters.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 29, 2025

Dr. Ian Thompson
Senior Director
Historic Preservation Department
Choctaw Nation

**EX. 10**