*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 11 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. |
| WADE FREE, et al. | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF CHRISTINA JUSTICE

I, Christina Justice, declare as follows:

1. I am over eighteen years of age. I reside in Tahlequah, Oklahoma. I am the Secretary of Natural Resources of the Cherokee Nation.

2. I have a Bachelor of Arts in Criminal Justice from Northeastern Oklahoma State University. I have worked at the Cherokee Nation for almost twenty-two years. I began my career at the Nation in the Office of Attorney General, where I served as a paralegal and codification specialist for ten years. Then, I became the Manager of the Grant Servies Department. In 2020, I moved to the Department of Natural Resources, serving as the Chief Administrator of Operations before being appointed the Secretary of Natural Resources in September 2023.

3. In my current role, I oversee the Nation's Department of Natural Resources, which is responsible for conserving the natural and wildlife resources on the Reservation while also upholding traditional Cherokee values. I manage a number of programs and offices relating to land management, environmental regulations, and fish and wildlife conservation. I also supervise how these agencies liaison among each other and with state and federal agencies with whom we collaborate or receive funding. In particular, I oversee the Nation's Wildlife Conservation

**EX. 11**

Department ("CNWDC"), which includes three wildlife technicians, a wildlife manager, an outreach coordinator, a community outreach technician, and a wildlife conservation officer.

4. The Nation's approach to regulating hunting and fishing and engaging in wildlife conservation programs reflects a dual approach to conservation and wildlife management. We seek to follow scientific best practices in the field of wildlife conservation while making room for traditional Cherokee practices and beliefs regarding the natural world.

5. I am familiar with the contents, history, and purposes of the Cherokee Nation's Game and Fish Code. The Nation first enacted laws governing hunting and fishing by members on the Reservation in 2006. The drafters adopted many provisions of the State of Oklahoma's Game and Fish Code, since in the Nation's view it basically reflects appropriate wildlife conservation practices. The Nation amended its Game and Fish Code in 2021 to explicitly adopt the State's bag limits and season dates and modernize the code in response to the revocation of the Hunting and Fishing Compact with the State of Oklahoma.

6. Most recently, we amended the code in 2024 to allow for reciprocity agreements with the Five Tribes. This enables the Nation to coordinate its fish and game management with other sovereigns and integrate them together to ensure protection of species health and abundance.

7. In addition to structuring our hunting and fishing laws to protect species, we also engage in programs that track the health of game species and promote environmental health. The Nation established the 4,500-acre Sequoyah Hunting Preserve in Sequoyah County, in the southern part of the Cherokee Nation Reservation. There, we conduct regular spotlight counting to track the whitetail deer population. Any deer harvested during the annual draw hunts at the preserve are tested for CWD (Chronic Wasting Disease). To do this, staff pull lymph nodes for testing purposes. Additionally, in the past, we partnered with ODWC to pull jaw bones, as part of their D-MAP (Deer Management Assistance Program). This data is used to evaluate the health of the

**EX. 11**

whitetail deer herds in the Sequoyah Hunting Preserve.

8. Our Department received a grant from the United Stated Fish and Wildlife Service to research the population of wild turkey on the Reservation in conjunction with Oklahoma State University. Through this project, we will be studying the impacts of predators on turkey nets. Additionally, staff collected turkey samples from citizens during the 2023 and 2024 hunting seasons, to provide samples to Texas A&M for a turkey genetic research project to address declining turkey populations.

9. In addition, the Department conducts outreach activities and offers training to Cherokee citizens on wildlife conservation and good hunting practices.

10. To ensure that we are aligned with current conservation practices, we have worked with conservationists at the Oklahoma Department of Wildlife Conservation ("ODWC"), the University of Oklahoma, Oklahoma State University, Texas A&M University, NWTF (National Wild Turkey Federation), Turkeys for Tomorrow, Ducks Unlimited, USFWS (US Fish and Wildlife Service), NAFWS (Native American Fish and Wildlife Society) and other conservation leaders across the country. In particular, conservationists in my office have discussed data collection practices with ODWC staff, including shocking ponds to observe fish populations and their health. In my time at the Department, I have never heard criticism from ODWC staff of our hunting or fishing laws or our efforts to conserve and promote the abundance and health of fish and wildlife on the Reservation.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 28, 2025

*Christina Justice* (signature)
Christina Justice
Secretary of Natural Resources
Cherokee Nation

EX. 11