*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 12 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. |
| WADE FREE, et al. | ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF TYE BAKER

I, Tye Baker, declare as follows:

1. I am over eighteen years of age. I reside in Durant, Oklahoma. I am the Senior Director of Environmental Protection Service at Choctaw Nation.

2. I received my Bachelor of Science in Zoology from Oklahoma State University in 2004, and my Bachelor of Science in Natural Resource Conservation from Southeastern Oklahoma State University in 2007. I began my career at the Choctaw Nation in the Realty, Land, and Title Department in 2004, and I served that Department until 2011 when I began doing water management and water planning for what would become the Nation's Environmental Protection Service. In 2021, the Choctaw Nation developed its own Department of Wildlife Conservation within the Environmental Protection Service. Among other professional accomplishments, I served as the Vice President of the Ouachita Mountains Resource, Conservation, and Development Council from 2015-2020 and I served on the White House Environmental Justice Advisory Council from 2024-25.

1

**EX. 12**

3. As the Senior Director of the Nation's Environmental Protection Service, I administer all wildlife conservation, natural resource, and air and water quality programs for the Nation. This entails ensuring that all Choctaw Nation operations comply with applicable environmental laws. I also oversee interactions and work with other agencies. Our office also conducts educational and outreach programming for Choctaw members. I seek to ensure that members can safely and legally exercise traditional and modern-day wildlife practices, all with an eye towards conservation for future generations.

4. In late 2021, I was a member of the multi-disciplinary working group tasked with drafting the Choctaw Nation's Fish, Game, and Animal Code. That group was made up of Nation staff responsible for government affairs, natural resources and environmental protection, Legal & Compliance, and the Tribal Membership Department. Our primary task was overseeing the Nation's transition into regulating hunting and fishing throughout the entire Reservation, after the Choctaw Reservation's existence was reaffirmed by the courts.

5. Our working group decided that the State of Oklahoma's hunting and fishing code reflected appropriate practices for conservation and wildlife management. Additionally, we wanted it to be easy for Choctaw citizens to follow the laws of the Nation and the State, whether hunting on or off the Reservation. We also wanted to reduce any burdens on enforcement of the code. As a result, we modeled our code after the State's. Our bag limits, season dates, and game species are nearly identical to those in the State's code and regulations. Additionally, the bag limits are cumulative, across and outside of the Reservation, to ensure that tribal members cannot harvest two separate bag limits under Choctaw and state law.

6. Additionally, our team communicated regularly with the Director of the Oklahoma Department of Wildlife Conservation ("ODWC") as we drafted the code. While working through

sections of the Nation's draft code and tailoring its formatting and language to codification under Choctaw law, we would compare each section to the corresponding section in the state's code and regulations. We communicated with ODWC to get the most current information on the State's approach to conservation, and this helped us understand how ODWC actually enforces these on-paper provisions. ODWC's Director shared his thoughts on where enforcement issues could arise so that the Nation could best prepare itself to successfully implement our own code and regulations. Generally, ODWC did not raise conservation concerns about the Nation's Code.

7. As a specific example of how this collaboration worked, our working group worked closely with ODWC on the approach to the regulation of black bear hunting on the Reservation. The legal hunting area for bears in the State is nearly entirely within the Choctaw Nation Reservation, making tribal and state cooperation necessary for the successful conservation of the species.

8. ODWC and Oklahoma State University were already undertaking a long-term study of the health of the bear population in southeast Oklahoma. The project involved collecting detailed information on each bear taken during hunting season. We wanted to collaborate with ODWC and OSU to ensure information sharing for this Project.

9. Information about bears is gathered for the study, in part, by hunters checking in each bear that they take. For every big-game animal taken, including bears, hunters in Oklahoma report information about themselves, the animal, and the location of its harvest through an online portal. The Nation adapted its existing online portal, Chahta Achvffa, to serve as the check-in station for Nation members. We wanted to ensure that the Nation could share data reported on bears through this portal with the State, to support conservation efforts including the study with OSU.

**EX. 12**

10. Another question on bear hunting posed by ODWC to our team concerned the issue of tagging bears. Under both the Choctaw Nation's and the state's codes, hunters need both a hunting license and a specific tag for each animal harvested. The State charges $100 per tag for bears. The Nation chose instead to issue tags along with each license, so that the harvest of bears was accessible to Choctaw hunters. To ensure that bears were not overharvested, and that hunters understood the unique environmental and safety concerns surrounding the harvest of bears and consumption of bear meat, the Nation provided educational materials to its citizens, including an educational video. Our outreach to Nation members was informed by an educational session in which OSU and ODWC staff met with Nation staff to discuss issues unique to the hunting and conservation of bears. The educational outreach was a success. Each bear season has been sustainable and consistent with the Nation's and State's conservation goals expressed in their codes and regulations.

11. Traditional forms of hunting were another area of priority when our working group was drafting the Nation's Fish, Game, and Animal Code. For that reason, in certain circumstances, Choctaw hunters on the Reservation may take species outside of the Nation's prescribed seasons or by using methods other than those usually allowed by the Nation's Code and regulations. For instance, traditional spear hunting is a method of take that could be allowed under the Traditional Use section of the Nation's code. At the same time, the working group wanted to follow modern conservation practices. For that reason, when Choctaw hunters propose to hunt or fish outside of the Nation's Code, they can contact the Wildlife Conservation Department to request permission for traditional forms of hunting, and the experts in our office will consider requests on a case-by-case basis.

**EX. 12**

12. Not only was it important for our team to draft a thoughtful and effective code, it was also essential to educate Choctaw citizens on its contents. To ensure that they knew of their hunting and fishing rights and the laws that they must follow, the Nation mailed outreach materials to about 38,000 households upon the implementation of the Nation's Fish, Game, and Animal Code and regulations. This way, citizens had an on-hand resource about the Nation's laws while hunting and fishing on the Reservation, and they were reminded that when hunting outside of Indian country in Oklahoma they must follow the state's laws, including licensing and tagging requirements. Our office hosts a wildlife camp each year to educate members on hunting and fishing; ODWC staff usually attend to present on wildlife conservation.

13. I have witnessed the Nation and ODWC continue to collaborate on conservation measures since the implementation of the Nation's code. To address recent declines in the wild turkey population, our conservationists have discussed with ODWC how we might change turkey seasons to protect the abundance of the species. Fish habitats are another area of cooperation— we have worked directly with ODWC develop fish habitat throughout the Reservation. At Sardis Lake, our Department, alongside ODWC, helped the United States Army Corps of Engineers collect and rehabilitate fish that were caught up in the Corps' de-watering efforts in the lake.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 27, 2025

_____
Tye Baker
Senior Director
Environmental Protection Service,
Choctaw Nation

**EX. 12**