*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 13 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al<br><br>          Plaintiffs,<br><br>v.<br><br>WADE FREE, et al.<br><br>          Defendants. | Civil Action No. |

**DECLARATION OF JAY HARVEY**

I, Jay Harvey, declare as follows:

1. I am over eighteen years of age. I am a citizen of the Cherokee Nation, and I reside in Atoka, Oklahoma, on the Choctaw Reservation. I am currently a Game Warden for the Choctaw Nation.

2. I have served as the Choctaw Nation's Game Warden Supervisor since 2022.

3. Previously, I served as a Game Warden for the Oklahoma Department of Wildlife Conservation ("ODWC") for thirty years. As a state Game Warden, my primary responsibility was enforcing the state's Wildlife Conservation Code and regulations. After the Nation and ODWC entered into a cross-deputation agreement in 2021, my responsibilities also included enforcing Choctaw Nation tribal laws against Indians on the Reservation. Among other professional honors, I was twice named the state Game Warden of the year, by the ODWC and the National Wild Turkey Federation. As far as I know, I am the only Oklahoma state Game Warden who has received that award from the ODWC twice.

4. In my current position, my primary duty is to enforce hunting and fishing laws. I primarily enforce the Nation's Fish and Wildlife Code on the Choctaw Reservation as to people

**EX. 13**

who are under tribal jurisdiction. As a cross-commissioned officer with the State under a cross-deputation agreement between the Nation and ODWC, I also enforce state law against people who are subject to state jurisdiction on the Reservation. I patrol the Reservation to ensure compliance with both codes. I also supervise the Nation's other Game Warden, who also patrols the Reservation and enforces Tribal and state law. In addition, I provide educational programming to Choctaw members on hunter safety and the content of the Nation's regulations. I coordinate with the Choctaw Nation Department of Wildlife Conservation to support their work; we have weekly meetings to discuss wildlife conservation needs and how to ensure the Nation's laws are most effectively protecting the health and abundance of game and fish. I also coordinate, when possible, with other law enforcement to ensure compliance with wildlife conservation and other laws. I also serve as a resource to members who have questions about hunting, fishing, and gathering on the Reservation, and I listen to their concerns and provide information and advice in both formal and informal capacities.

5. As I just described, during my thirty-three years in this field, I have enforced wildlife laws as state and a Tribal official. My role has been basically the same under both systems: knowing and enforcing the relevant codes and regulations, educating the public, and collaborating with other law enforcement and conservation officials. At the Choctaw Nation, I essentially work the same job, but with a different uniform.

6. Hunting and fishing are a longstanding family tradition, one that was passed down to me by my elders and that I have passed down to my own children. My father and my grandparents, who are Cherokee, took me hunting and fishing ever since I could walk. I remember going frog digging with my paternal grandmother. My grandparents and father taught me to use the animals that we take during a hunt. For this reason, although I primarily hunt for recreation, I

EX. 13

harvest meat for my family's consumption whenever possible. I most often hunt deer and turkey on the Choctaw Reservation in Atoka and Choctaw counties, using a bow, muzzleloader, or rifle, depending on the season. My son and I fish every week throughout the year on the Choctaw and Cherokee Nation Reservations, and I frequently host fish fries for family and friends during the summer.

7. As a hunter and Cherokee citizen, complying with licensing and check-in requirements has been simple since the implementation of the Five Tribes Wildlife Management Reciprocity Agreement ("Reciprocity Agreement"). I know about this from personal experience and through my experience as a law enforcement officer. In short, a tribal member uses a tribal license to hunt or fish on one of the Five Tribes' Reservations. Then, the member reports their harvest of big game—on the Choctaw Reservation, that would be deer, turkey, bear, paddle fish, or alligator gar—to their Tribe's online check-in station within twenty-four hours. They can access the check-in station through an app on their phone or through a computer. This involves reporting information about themselves, details about the animal, and where they harvested the animal. The hunter then receives a number from the Nation. The number can be used to prove to law enforcement that the animal was harvested legally. The hunter also presents the number to a processor or taxidermist, if they want a professional to process the meat for consumption or preserve the animal as a trophy or decoration. The State has a very similar online system, but it is operated by the State, under state law.

8. The online check-in process provides data to the State and Tribes that they use to track the health and abundance of species and set future seasons and bag limits for each species. The State and Tribes share data about the harvests with each other so that they know the state-wide harvest totals and the impacts of hunting on the statewide population of game.

3

**EX. 13**

9. Since ODWC's announcement on October 7, I have received many calls, emails, and in-person questions from Choctaw Tribal members. Hunters express worry and confusion heading into this deer season. Members are concerned about the financial burden of purchasing a state license, but they also want to avoid receiving a citation from the State. They are even more worried that a state game warden will confiscate their firearm or their boat, which could prevent them from hunting and fishing altogether. I am very concerned about how to advise people. As a Tribal citizen, Tribal Game Warden, and avid hunter and fisherman, I understand the importance of exercising treaty rights to hunt and fish consistent with Tribal law and the Reciprocity Agreement, but it is very difficult to advise someone to risk state enforcement that would make it effectively impossible to continue to exercise that right.

10. The ODWC's recent announcement also complicates the check-in process for members of the Five Tribes hunting on the Reservation. If Tribal members hunting on one of the Five Tribes' Reservations check in their harvest with the State, but not the Tribe, then their harvest violates Tribal law. If Tribal members comply with Tribal law and check in their harvest with the Tribe, but not the State, the ODWC will say that the Tribal member is violating state law. The only real way to be sure that you will not be cited is to check-in with both the State and Tribe. But that would create problems for wildlife conservation and management. If hunters check-in at two places, that could create duplicate counts when the Tribes and State share their data. This will create unnecessary uncertainty about harvest amounts that could make it more difficult to set bag limits and season length in the future.

**EX. 13**

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 23, 2025

*Jay Harvey*
Jay Harvey
Game Warden Supervisor
Choctaw Nation

**EX. 13**