*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 16 TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| WADE FREE, et al. | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL DECLARATION OF KODIE SHEPHERD

I, Kodie Shepherd, declare as follows:

1. I am over eighteen years of age. I reside in Sulphur, Oklahoma. I am a member of the Chickasaw Nation.

2. I am supplementing my earlier declaration, signed on October 29, 2025, in light of subsequent events.

3. I stated in my October 29 declaration that I would not hunt until I knew I would no longer be under threat of state citations. I also stated that I could not wait indefinitely. Since then, it became clear that I had to continue hunting in order to harvest deer meat for my family. So, I began hunting again.

4. However, instead of hunting on public lands as I used to do, I now only hunt on private lands with landowner permission. This has made hunting a less enjoyable experience, one that is less connected to my Chickasaw heritage. It is also less convenient to me because the public lands where I used to hunt are closer to my house than the private lands I am hunting on now.

5. Where I hunt on private land, there are fences and corn feeders already set up, so the deer gather in predictable areas and are much easier to take. I prefer hunting on public lands,

**EX. 16**

like the Chickasaw National Recreation Area where I was cited, because it is a more exciting and challenging experience. There, without the aid of corn and cameras, I would track deer using their trails or their scrapes left behind on trees and then walk for miles through the land to find a deer to take. Not only is this method of hunting more fulfilling, but it is also a way that I connect with my Chickasaw heritage since it more closely resembles how my Chickasaw ancestors would hunt.

6. I was able to hunt on public lands in the Chickasaw Reservation using my Chickasaw license for two years without any issues from state game wardens. It does not seem right that I could rely on my tribal hunting license for two years, only to now be told that I must purchase a license from the state.

7. Although I have the option to hunt on tribal trust lands at Kullihoma, that is much farther out of my way than the places I used to hunt, or the private lands I am hunting on now.

8. Hunting is more than a recreational activity for me, since I primarily hunt for subsistence purposes, so I won't stop hunting altogether even though my current experience is less fulfilling than I would like. My family and I consume the deer that I take each fall the year. With four other mouths to feed in the household, I depend on deer hunting for an affordable and healthy food source. As I mentioned in my October 29 declaration, this year I bought a new freezer to store meat harvested from deer, and that investment would have gone to waste this year if I did not use it to store meat I harvested.

9. After receiving a state citation, I learned that a state prosecutor had filed a case against me in the Oklahoma District Court in Murray County to prosecute the citation.

10. Several days later, I learned that the prosecutor dismissed my case. That was a relief for me and my family.

**EX. 16**

11. However, I learned that a new case was filed against me by another state prosecutor shortly after that, in Murray County court.

12. I am worried and confused about why this is happening to me. My understanding from the ODWC's website is that I could not buy a state hunting license, even if I wanted to, without paying a fine related to this citation. Until this is all resolved, I will continue to hunt only on private lands.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 17, 2025

_Kodie Shepherd_
Kodie Shepherd

EX. 16