*Cherokee Nation, et al. v. Wade Free, et al.*

# EXHIBIT 17 TO
# PLAINTIFFS' MOTION FOR
# TEMPORARY RESTRAINING ORDER
# AND PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHEROKEE NATION, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| WADE FREE, et al. | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF SHAWN ROBERTSON**

I, Shawn Robertson, declare as follows:

1. I am over eighteen years of age. I reside in Antlers, Oklahoma. I am a member of the Choctaw Nation of Oklahoma.

2. This declaration supplements my declaration dated October 25, 2025.

3. After I received the citation from a state game warden for hunting with my Choctaw Nation license on the Reservation that I discussed in my October 25 declaration, I have continued to hunt on the Choctaw Reservation, but I am avoiding some places I usually hunt because I do not want to be subject to unlawful citations by state game wardens.

4. In late October, I learned that on October 24, 2025, the district attorney of Pushmataha County had filed a case against me in the Oklahoma District Court in Pushmataha County, to prosecute the citation.

5. To my relief, I later learned that the state Attorney General entered an appearance in my case and dismissed it.

1

**EX. 17**

6. However, on Thursday, November 13, I learned that a new prosecutor, appointed by the Governor, had filed a new case against me in Pushmataha County court.

7. I thought that this whole issue had been resolved with the dismissal of my first case. I saw on the court filings that this charge was brought by Russell Cochran, who is a special prosecutor appointed by the state governor.

8. To try and understand why I now faced a new charge, I called Mr. Cochran at his phone number listed on documents filed in my new case. After discussing the case with him, my understanding is that the criminal case is going to continue even though the last one was dismissed. I understand that my options are to pay the fine or fight the case in state court.

9. The prospect of facing criminal charges, especially after the dismissal of the first case, is deeply worrisome to me. I do not want to pay a fine or have a criminal charge on my record, since I believe I had a legal right to hunt on the Choctaw Reservation with a Tribal license, under Tribal law. But I also do not want this issue to continue unresolved for months. I also dislike the fact that my personal business has been thrust into the public spotlight.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: November 17, 2025

*Shawn Robertson (Nov 17, 2025 14:08:56 CST)*

Shawn Robertson

2

**EX. 17**