AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Cherokee Nation, et al. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 25-cv-00630-CVE-JFJ |
| Wade Free, et al. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Wade Free
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/19/2025

s/ A. Nance
*Signature of Clerk or Deputy Clerk*

c/Attorney will pickup at counter

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Cherokee Nation, et al. <br><br> *Plaintiff(s)* <br> v. <br> Wade Free, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 25-cv-00630-CVE-JFJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nels Rodefeld
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/19/2025

s/ A. Nance
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Cherokee Nation, et al. <br><br> *Plaintiff(s)* <br> v. <br> Wade Free, et al. <br><br> *Defendant(s)* | Civil Action No. 25-cv-00630-CVE-JFJ |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nathan Erdman
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/19/2025

s/ A. Nance
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | | |
|---|---|---|
| Cherokee Nation, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-00630-CVE-JFJ |
| Wade Free, et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  J. Kevin Stitt
Office of the Governor
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Heidi D. Campbell

Date: 11/19/2025

s/ A. Nance
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

Cherokee Nation, et al. )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 25-cv-00630-CVE-JFJ
Wade Free, et al. )
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Russell Cochran
7301 Deerberry Lane
Oklahoma City, OK 73150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date: 11/19/2025

*s/ A. Nance*
*Signature of Clerk or Deputy Clerk*