AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | | |
|---|---|---|
| Cherokee Nation, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-00630-CVE-JFJ |
| Wade Free, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wade Free
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Burrage, Whitten Burrage, 512 N. Broadway Ave., Suite 300, Oklahoma City, OK 73102

Frank S. Holleman, Sonosky, Chambers, Sachse, Endreson & Perry, LLP, 1425 K St. NW, Suite 600, Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Heidi D. Campbell*

Date:   11/19/2025

s/ A. Nance

*Signature of Clerk or Deputy Clerk*

c/Attorney will pickup at counter

## AFFIDAVIT OF SERVICE

| Case:<br>25-cv-<br>00630-CVE-<br>JFJ | Court:<br>IN THE UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF OKLAHOMA | County: | Job:<br>14625407 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>CHEROKEE NATION; et al. | | **Defendant / Respondent:**<br>WADE FREE; et al. | |
| **Received by:**<br>Tim Harris | | **For:**<br>Bryan Smith and Associates, Inc. | |
| **To be served upon:**<br>WADE FREE | | | |

I, TIM HARRIS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** WADE FREE, 1801 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73105

**Manner of Service:** Personal/Individual, Nov 21, 2025, 8:56 am CST

**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; MOTION TO SEAL DOCUMENT AND FILE RECACTED DOCUMENTS AND BRIEF IN SUPPORT; MINUTE ORDER BY JUDGE CLAIRE V EAGAN - BEFORE THE COURT IS PLAINTIFFS' MOTION TO FILE UNREDACTED EXHIBITS UNDER SEAL AND FILE REDACTED DOCUMENTS (DKT #9) WHICH IS GRANTED AS REQUESTED (Received Nov 19, 2025 at 11:56am CST)

**Additional Comments:**

1) Successful Attempt: Nov 21, 2025, 8:56 am CST at 1801 NORTH LINCOLN BOULEVARD, OKLAHOMA CITY, OK 73105 received by WADE FREE.

_____          11/21/2025

TIM HARRIS                        Date

Tim Harris

4052306558

_Subscribed and sworn to before me by the affiant who is personally known to me._

_____

**Notary Public**

_____

M. SPENCER BRYANT
NOTARY Commission Expires
STATE OF OKLAHOMA
COMMISSION NO. 08002847
EXPIRES 03-10-2028

Date