MARVIN J. SONOSKY (1909-1997)
ARTHUR LAZARUS, JR. (1926-2019)
REID PEYTON CHAMBERS
HARRY R. SACHSE (1934-2024)
WILLIAM R. PERRY (RET.)
LLOYD B. MILLER
DOUGLAS B. L. ENDRESON
MARY J. PAVEL
DAVID C. MIELKE
COLIN C. HAMPSON
RICHARD D. MONKMAN (AK)*
VANESSA L. RAY-HODGE
FRANK S. HOLLEMAN
REBECCA A. PATTERSON (AK)*
MATTHEW L. MURDOCK
NATHANIEL H. AMDUR-CLARK
RYAN C. RUSCHE (MT)*
WHITNEY A. LEONARD (AK)*
K. AMANDA SAUNDERS (AK)*
STEVEN C. WILFONG (CA)*
CHLOE E. COTTON (AK)*
CASSIDY R. GUERRO (CA)*
ANNE R. DELONG
NOAH I. STAR (AK)*
ROSALIND Q. CUNEO (AK)*

OF COUNSEL
ANNE D. NOTO
MYRA M. MUNSON (AK)*
JAMES E. GLAZE*
GARY F. BROWNELL (NM)*
DONALD J. SIMON
MATTHEW S. JAFFE
EMILY J. SOLI (NM)*
VANESSA B. WILLARD (CO)*

SAMANTHA STONE – POLICY ADVISOR

*NOT ADMITTED IN D.C.

**SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP**

1425 K STREET, N.W., SUITE 600
WASHINGTON, D.C. 20005
TEL (202) 682-0240 | FAX (202) 682-0249
WWW.SONOSKY.COM
LAW OFFICES

ANCHORAGE, AK OFFICE
510 L STREET, SUITE 310
ANCHORAGE, AK 99501
(907) 258-6377
FAX (907) 272-8332

JUNEAU, AK OFFICE
302 GOLD STREET, SUITE 201
JUNEAU, AK 99801
(907) 586-5880
FAX (907) 586-5883

SAN DIEGO, CA OFFICE
145 WILLOW STREET, SUITE 200
BONITA, CA 91902
(619) 267-1306
FAX (619) 267-1388

ALBUQUERQUE, NM OFFICE
500 MARQUETTE AVE., N.W., SUITE 660
ALBUQUERQUE, NM 87102
(505) 247-0147
FAX (505) 843-6912

PORTLAND, OR OFFICE
9900 S.W. WILSHIRE STREET, SUITE 240
PORTLAND, OR 97225
(505) 247-0147
FAX (505) 843-6912

November 21, 2025

Honorable Claire V. Eagan
U.S. District Court for the Northern District of Oklahoma
333 West Fourth St., Room 411
Tulsa, OK 74103

Re:   Service on All Defendants in *Cherokee Nation et al. v. Free et al.*,
      No. 4:25-cv-00630-CVE-JFJ

Judge Eagan –

In light of the Court's Minute Order of November 19, 2025, ECF No. 11, Plaintiff Nations report that all Defendants in the case have been served with the summons, complaint, motion for temporary restraining order and preliminary injunction, motion to seal, order granting motion to seal, and all exhibits and papers supporting the complaint and motions.

Respectfully submitted,

*/s/ Frank S. Holleman*

Frank S. Holleman

*Attorney for Plaintiff Nations*

cc:   All Defendants via First-Class Mail

4929-6827-3019, v. 3