IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation, et al.,<br><br>      Defendants. | Civil Action No. 4:25-cv-00630-CVE-JFJ |

**PLAINTIFF NATIONS' NOTICE OF SERVICE**

In response to the Court's Minute Order of November 19, 2025, ECF No. 11, Plaintiff Nations report that all Defendants in the case have been served with the summons, complaint, motion for temporary restraining order and preliminary injunction, motion to seal, order granting motion to seal, and all exhibits and papers supporting the complaint and motions.

Dated: November 21, 2025

Respectfully submitted,

By: */s/ Frank S. Holleman*
Frank S. Holleman, DC Bar No. 1011376
Douglas B. L. Endreson, DC Bar No. 461999
Anne DeLong, DC Bar No. 90031783
SONOSKY, CHAMBERS, SACHSE,
 ENDRESON & PERRY, LLP
1425 K St NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail: fholleman@sonosky.com
    dendreso@sonosky.com
    adelong@sonosky.com

*Counsel for the Cherokee, Chickasaw, and*
 *Choctaw Nations*

4929-6827-3019, v. 4

Michael Burrage, OBA No. 1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
E-mail:  mburrage@whittenburragelaw.com

*Counsel for the Chickasaw Nation and Choctaw Nation of Oklahoma*

Chad Harsha, OBA No. 31579
Attorney General
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
E-mail: chad-harsha@cherokee.org

*Counsel for the Cherokee Nation*

Stephen H. Greetham, OBA No. 21510
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Tel: 984-261-7240
E-mail:  sgreetham@greethamlaw.net

*Counsel for the Cherokee and Chickasaw Nations*

Kaycie Sheppard, OBA No. 21356
*Chief Executive Counsel*
THE CHICKASAW NATION
OFFICE OF EXECUTIVE COUNSEL
2021 Arlington St.
Ada, OK 74820
Tel: 580-310-7925
E-mail: kaycie.sheppard@chickasaw.net

*Counsel for the Chickasaw Nation*

Brian Danker, OBA No. 16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, I electronically filed the above and foregoing documents with the Clerk of Court via the ECF System for filing, and I also caused it to be mailed, by first-class postage, to Defendants at the following addresses:

Wade Free
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

Nels Rodefeld
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

Nathan Erdman
Oklahoma Department of Wildlife Conservation
1801 N. Lincoln Blvd.
Oklahoma City, OK 73105

J. Kevin Stitt
Office of the Governor
2300 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105

Russell Cochran
7301 Deerberry Lane
Oklahoma City, OK 73150

/s/ Frank S. Holleman
Frank S. Holleman