IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
DEC 0 8 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| The Cherokee Nation, et al. )<br>    Plaintiffs, )<br>V. )   No. 4:25-cv-00630-CVE-JFJ<br>Wade Free, et al. )<br>    Defendant. ) | |

**Combined Entry and Appearance of Rodney Richmond and Miko Nashoba, Objection, and Motion for Order**

Roderick Richmond, Chickasaw and Choctaw freedmen descendant and negroe, by his elected mingo, Miko Nashoba, Choctaw by blood, enters this cause of action and partially objects to relief prayed for by Chickasaw, Cherokee, and Choctaw Tribes.

### I. Historical Facts

A. Article 4 of the Treaty with the Choctaw and Chickasaw (1866) says, "*all laws shall be equal in their operation upon Choctaws, Chickasaws, and Negroes*"

B. Roderick Richmond is the lineal descendant of Lishia Munn, Chickasaw Freedmen, Roll number 1710, and also a lineal descendant of a by blood Chickasaw and Choctaw that died prior to the DAWES enrollment.

C. When persons were recorded on the DAWES rolls, their negroes appearance sometimes prevailed over their by blood status, thereby assigning said persons freedmen roll number instead of a by blood roll number, as is the case with Roderick Richmond's ancestors.

D. The Chickasaw Constitution was amended in the 1980's, specifically in Section 1 of Article 2, Citizenship, which says, "This Chickasaw Nation shall consist of all Chickasaw Indians **by blood** whose names appear on the final rolls of the Chickasaw Nation approved pursuant to Section 2 of the Act of April 26, 1906, (34 Stat. 137) and their lineal descendants."

E. The Choctaw Constitution was amended in the 1980's, specifically in Section 1 of Article 2, Citizenship, which says, "This Choctaw Nation shall consist of all Choctaw Indians **by blood** whose names appear on the final rolls of the Chickasaw Nation approved pursuant to Section 2 of the Act of April 26, 1906, (34 Stat. 137) and their lineal descendants."

F. The Cherokee have already corrected course with regards to freedmen's rights and citizenship.

## II. Objection

A. Roderick Richmond and Stephen Wright object to the relief prayed for by the Cherokee, Chickasaw, and Choctaw, partially. Roderick Richmond argues that the rights and privileges enjoyed by tribal members on tribal reservations should also apply to all negroes, also known as freedmen, as supported by the aforesaid Treaty of 1866 with the Chickasaw and Choctaw.

## III. Motion for Order

A. There was racial prejudice applied against negros who were by blood [tribe] when roll numbers were assigned.

B. The Constitutions of the Choctaw and Chickasaw were amended to be near identical to be in compliance with the Treaty of 1866 with the Chickasaw and Choctaw, however said tribes included language which resulted in the opposite effect, application of law, to negroes than what is provided for by said treaty.

C. The Choctaw and Chickasaw Nations both took actions in the 1980's, amending their Constitutions by adding the wording, "By Blood" which deprives negroes, described in the treaty of 1866 with the Chickasaw and Choctaw, of their rights and privileges secured by said 1866 treaty with the Chickasaw and Choctaw.

D. The Choctaw and Chickasaw Nations both took actions in the 1980's resulting in the unequal operation of law against negroes and freedmen, and which further created a barrier to negroes obtaining identification necessary for hunting and fishing licenses, and deprived negroes of the right to vote; and said amendments to the Chickasaw and Choctaw constitutions were a violation of the treaty of 1866.

E. The Cherokee came into this same position prior, litigation, involving freedmen rights and treaties, resulting in the freedmen being allowed back into the Cherokee.

F. The 1866 Treaty with the Chickasaw and Choctaw lit a righteous flame for those having endured slavery, and no tribe can extinguish that flame.

## IV. Relief

**WHEREFORE** Roderick Richmond and Miko Nashoba prays the court issues an order that determines the Chickasaw's and Choctaw's current Constitutions deprive persons of rights and privileges provided for by 1866 Treaty with the Chickasaw and Choctaw; and Roderick Richmond and Miko Nashoba further prays that the court issue an order determining that negroes enjoy all the same rights and privileges as tribal members of the Cherokee Nation, Chickasaw Nation, and Choctaw Nation while on the reservations of the Cherokee Nation, Chickasaw Nation, and Choctaw Nation.

Dated this 4th day of December, 2025.

_____
Roderick Richmond
209 East E Street,
Elmore City, ok, 73433

_____
Miko Nashoba
209 East E Street,
Elmore City, OK, 73433

Miko Nashoba
209 East E Street
Elmore City, OK, 73433

25CV 630-CVE-JFJ

U.S. District Court Clerk
Page Belcher Federal Building
333 W. 4th Street, Room 411
Tulsa, OK, 74103

U.S. POSTAGE PAID
FCM LETTER
ELMORE CITY, OK 73433
DEC 04, 2025
$1.27
S2324P500155-02

Retail
74103
RDC 99

RECEIVED
DEC 08 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

postmark 12/4/25

74103-388199