IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*; THE CHICKASAW NATION, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*; and THE CHOCTAW NATION OF OKLAHOMA, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*,<br><br>Plaintiffs,<br><br>v.<br><br>WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation; NELS RODEFELD, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation; NATHAN ERDMAN, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation; J. KEVIN STITT, in his official capacity as Governor of the State of Oklahoma; and RUSSELL COCHRAN, in his official Capacity as special counsel employed by the Governor,<br><br>Defendants. | Case No. 25-cv-00630-CVE-JFJ |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE AGAINST OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT, AND RESPOND TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendants Wade Free ("Free"), Nels Rodefeld ("Rodefeld"), Nathan Erdman ("Erdman"), J. Kevin Stitt ("Stitt") and Russell Cochran ("Cochran") (collectively "Defendants"), pursuant to Fed. R. Civ. P. 6(b) and LCvR7-1(g), respectfully request that this Court issue an Order extending the deadline until December 19, 2025, for all Defendants to answer, move against or otherwise

respond to Plaintiffs' Complaint ("Complaint") as well as respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (the "Injunctive Motion"). In support of this Motion, Defendants would show the Court as follows:

1. Defendants Stitt, Rodefeld and Erdman are currently required to file a response to the Complaint and Injunctive Motion on December 10, 2025; Defendant Cochran is currently required to file a response to the Complaint and Injunctive Motion on December 11, 2025; and Defendant Free is currently required to file a response to the Complaint and Injunctive Motion on December 12, 2025.

2. This is the first request for extension of time sought by Defendants in this action.

3. This extension is sought in good faith and not for the purpose of delay.

4. This extension is necessary as undersigned counsel for Defendants have been recently retained and additional time is needed to review the allegations in the Complaint and conduct the necessary factual and legal investigation in order to prepare an appropriate response to the Complaint, as well as respond to the Injunctive Motion.

5. Counsel for Defendants have contacted counsel for Plaintiffs and are authorized to state that counsel for Plaintiffs have no objection to the requested extension.

6. The requested relief herein will not affect any other deadlines or trial setting.

7. A proposed Order is being submitted contemporaneously to the Court for consideration.

WHEREFORE, Defendants respectfully request that this Court grant their motion and enter an order extending the deadline for all Defendants until December 19, 2025, within which to answer, move against or otherwise respond to Plaintiffs' Complaint, as well as responding to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Dated: December 9, 2025

<u>s/Phillip G. Whaley</u>
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

*Attorneys for Defendants*
*Wade Free, in his official capacity as Director, Oklahoma Department of Wildlife Conservation*
*Nels Rodefeld, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation*
*Nathan Erdman, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation*

<u>s/Audrey A. Weaver</u>
(*Signed by Filing Attorney with Permission*)
Audrey A. Weaver, OBA #33258
Senior Litigation Counsel
Office of Governor J. Kevin Stitt
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK  73105
(405) 522-0425
audrey.weaver@gov.ok.gov

*Attorney for Defendants*
*J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma*
*Russell Cochran, in his official capacity as special prosecutor employed by the Governor*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 9, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

               *s/Phillip G. Whaley*
               Phillip G. Whaley