IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*; THE CHICKASAW NATION, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*; and THE CHOCTAW NATION OF OKLAHOMA, a federally recognized Indian Tribe, on its own behalf and as *parens patriae*,<br><br>  Plaintiffs,<br><br>v.<br><br>WADE FREE, in his official capacity as Director, Oklahoma Department of Wildlife Conservation; NELS RODEFELD, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation; NATHAN ERDMAN, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation; J. KEVIN STITT, in his official capacity as Governor of the State of Oklahoma; and RUSSELL COCHRAN, in his official Capacity as special counsel employed by the Governor,<br><br>  Defendants. | Case No. 25-cv-00630-CVE-JFJ |

**DEFENDANTS' UNOPPOSED JOINT MOTION TO EXCEED PAGE LIMIT
IN RESPONSE TO PLAINTIFFS' COMPLAINT**

Pursuant to Local Civil Rule 7-1(d), Defendants Wade Free, Nels Rodefeld, Nathan Erdman, J. Kevin Stitt and Russell Cochran (collectively "Defendants"), respectfully move the Court for an order enlarging to no more than thirty-five (35) pages the length of Defendants' combined response to Plaintiffs' Complaint. In support of this request, Defendants state:

1

1.       The deadline for each of the Defendants to respond to the Complaint is December 19, 2025. *See* Doc. 40.

2.       While each Defendant could separately file a response to the Complaint, in the interest of efficiency for the parties and the Court, all Defendants plan to jointly file a single, combined response to the Complaint. To combine their arguments and authorities into a single filing, the Defendants request leave to allow the response (motion to dismiss) to be up to ten (10) additional pages, not to exceed thirty-five (35) pages.

3.       Defendants have discussed this request with counsel for Plaintiffs, and are authorized to state that Plaintiffs do not oppose this motion or the requested relief.

WHEREFORE, Defendants respectfully request that this Court grant their motion and enter an order allowing Defendants to file a single, combined response to Plaintiffs' Complaint not to exceed thirty-five (35) pages.

Dated: December 18, 2025

*s/Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

*Attorneys for Defendants*
*Wade Free, in his official capacity as Director, Oklahoma Department of Wildlife Conservation*
*Nels Rodefeld, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation*
*Nathan Erdman, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation*

*s/Audrey A. Weaver*
(*Signed by Filing Attorney with Permission*)
Audrey A. Weaver, OBA #33258
Senior Litigation Counsel
Office of Governor J. Kevin Stitt
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK  73105
(405) 522-0425
audrey.weaver@gov.ok.gov

*Attorney for Defendants*
*J. Kevin Stitt, in his official capacity as*
*Governor of the State of Oklahoma*
*Russell Cochran, in his official capacity as*
*special prosecutor employed by the Governor*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2025, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*s/Phillip G. Whaley*
Phillip G. Whaley