IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE CHEROKEE NATION, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 25-cv-00630-CVE-JFJ |
| ) | |
| WADE FREE, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs Cherokee Nation, Chickasaw Nation, and Choctaw Nation of Oklahoma, and Defendants Wade Free, Nels Rodefeld, Nathan Erdman, J. Kevin Stitt, and Russell Cochran (collectively, "Parties"), pursuant to LCvR 7-1(g), jointly request that the Court extend their deadline to submit any stipulations of fact, or stipulations related to the Motion for Preliminary Injunction (Doc. 12), until March 27, 2026. In support of this motion, the Parties state as follows:

1. The Court ordered that the parties submit stipulations on or before February 20, 2026. (Doc. 60).

2. On February 19, 2026, the Parties sought an extension of the deadline until March 6, 2026, which the Court granted. (Doc. 80).

3. On March 5, 2026 the Parties sought a second extension of the deadline until March 13, 2025, which the Court granted. (Doc. 83).

4. The Parties continue working to determine the extent and scope of proposed stipulations and other information to report to the Court as discussed at the prior Status Conference, and require additional time to identify the extent and scope of such stipulations and information.

5. This request is made jointly; no party opposes it.

6. Currently there is no trial scheduled in this matter, and the extension would not affect other deadlines in the case.

WHEREFORE, the Parties respectfully request the Court grant this motion and extend the deadline to submit any stipulations of fact, or stipulations related to the Motion for Preliminary Injunction until March 27, 2026.

Dated: March 12, 2026

*s/Michael Burrage*
Michael Burrage, OBA #1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK  73102
Tel:  (405) 516-7800
mburrage@whittenburragelaw.com

*Counsel for the Chickasaw Nation and Choctaw Nation of Oklahoma*

*s/Frank S. Holleman*
Frank S. Holleman, DC Bar No. 1011376
Douglas B. L. Endreson, DC Bar No. 461999*
Anne DeLong, DC Bar No. 90031783*
SONOSKY, CHAMBERS, SACHSE, ENDRESON
 & PERRY, LLP
1425 K St. NW, Suite 600
Washington, DC  20005
Tel:  (202) 682-0240
fholleman@sonosky.com
dendreso@sonosky.com
adelong@sonosky.com
*Admitted Pro Hac Vice*

*Counsel for the Cherokee, Chickasaw and Choctaw Nations*

Chad Harsha, OBA #31579
Attorney General
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: (918) 453-5369
chad-harsha@chrokee.org

*Counsel for the Cherokee Nation*

Stephen H. Greetham, OBA #21510*
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Tel: (984) 261-7240
sgreetham@greethamlaw.net
*Admitted Pro Hac Vice*

*Counsel for the Cherokee and Chickasaw Nations*

Kaycie Sheppard, OBA #21356*
Chief Executive Counsel
THE CHICKASAW NATION
OFFICE OF EXECUTIVE COUNSEL
2021 Arlington St.
Ada, OK 74820
Tel: (580) 310-7925
kaycie.sheppard@chickasaw.net
*Admitted Pro Hac Vice*

*Counsel for the Chickasaw Nation*

Brian Danker, OBA #16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: (580) 642-7423
bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

*s/Phillip G. Whaley*
Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
(405) 239-6766 FAX
pwhaley@ryanwhaley.com
glucky@ryanwhaley.com
rpearce@ryanwhaley.com

*Counsel for Defendants*
*Wade Free, in his official capacity as Director, Oklahoma Department of Wildlife Conservation*
*Nels Rodefeld, in his official capacity as Assistant Director, Oklahoma Department of Wildlife Conservation*
*Nathan Erdman, in his official capacity as Chief of Law Enforcement Division, Oklahoma Department of Wildlife Conservation*

*s/Audrey A. Weaver*
Audrey A. Weaver, OBA #33258
Senior Litigation Counsel
Office of Governor J. Kevin Stitt
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK  73105
(405) 522-0425
audrey.weaver@gov.ok.gov

*Attorney for Defendants*
*J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma*
*Russell Cochran, in his official capacity as special prosecutor employed by the Governor*

4

## CERTIFICATE OF SERVICE

   I hereby certify that on March 12, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                   *s/Phillip G. Whaley*
                   Phillip G. Whaley