# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CHEROKEE NATION, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:25-cv-00630-CVE-JFJ |
| | ) | |
| WADE FREE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of March 13, 2026, Dkt. No. 85, the Parties report that they do not object to the consolidation of the proceedings on preliminary and permanent injunction or to the Court treating the pending motion for preliminary injunction as a motion for permanent injunction.

Otherwise, the Parties have not been able to agree on stipulations.

4922-9933-9931, v. 3

Dated:  March 27, 2026

Respectfully submitted,

By:  /s/ Michael Burrage

Michael Burrage, OBA # 1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
E-mail:   mburrage@whittenburragelaw.com

*Counsel for the Chickasaw Nation and Choctaw*
*Nation of Oklahoma*

/s/ Frank S. Holleman

Frank S. Holleman, DC Bar # 1011376
Douglas B. L. Endreson, DC Bar # 461999, *pro hac*
*vice*
Anne DeLong, DC Bar # 90031783, *pro hac vice*
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K St NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail:  fholleman@sonosky.com
dendreso@sonosky.com
adelong@sonosky.com

*Counsel for the Cherokee, Chickasaw, and Choctaw*
*Nations*

Chad Harsha, OBA # 31579
Attorney General
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
E-mail:   chad-harsha@cherokee.org

*Counsel for the Cherokee Nation*

Stephen H. Greetham, OBA # 21510, *pro hac vice*
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Tel: 984-261-7240
E-mail:   sgreetham@greethamlaw.net

*Counsel for the Cherokee and Chickasaw Nations*

1

Kaycie Sheppard, OBA # 21356, *pro hac vice*
Chief Executive Counsel
THE CHICKASAW NATION
OFFICE OF EXECUTIVE COUNSEL
2021 Arlington St.
Ada, OK 74820
Tel: 580-310-7925
E-mail: kaycie.sheppard@chickasaw.net

*Counsel for the Chickasaw Nation*

Brian Danker, OBA # 16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

*/s/ Phillip G. Whaley*

Phillip G. Whaley, OBA #13371
Grant M. Lucky, OBA #17398
Patrick R. Pearce, Jr., OBA #18802
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
Tel: 405-239-6040
E-mail:  pwhaley@ryanwhaley.com
        glucky@ryanwhaley.com
        rpearce@ryanwhaley.com

*Counsel for Defendants*
*Wade Free, in his official capacity as Director,*
  *Oklahoma Department of Wildlife Conservation*
*Nels Rodefeld, in his official capacity as Assistant*
  *Director, Oklahoma Department of Wildlife*
  *Conservation*
*Nathan Erdman, in his official capacity as Chief of*
  *Law Enforcement Division, Oklahoma*
  *Department of Wildlife Conservation*

2

4922-9933-9931, v. 3

*/s/ Audrey A. Weaver*

Audrey A. Weaver, OBA #33258
Senior Litigation Counsel
OFFICE OF GOVERNOR J. KEVIN STITT
200 N. Lincoln Blvd., Suite 212
Oklahoma City, OK 73105
Tel: 405-522-0425
E-mail: audrey.weaver@gov.ok.gov

*Counsel for Defendants*
*J. Kevin Stitt, in his official capacity as Governor of
  the State of Oklahoma*
*Russell Cochran, in his official capacity as special
  prosecutor employed by the Governor*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically filed the above and foregoing documents with the Clerk of Court via the ECF System for filing.

*/s/ Frank S. Holleman*

4922-9933-9931, v. 3