# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

THE CHEROKEE NATION, et al.,  )
  )
    Plaintiffs, )
  )
v.      ) Civil Action No. 4:25-cv-00630-CVE-JFJ
  )
WADE FREE, et al.,  )
  )
    Defendants. )
  )

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs notify the Court of the recent decision in *Muscogee (Creek) Nation v. City of Henryetta*, No. 25-cv-227-JAR, 2026 WL 1336060 (E.D. Okla. May 13, 2026), which is attached to this Notice.  Plaintiffs previously relied on the district court's denial of the Defendant City of Henryetta's ("Defendant City") motion to dismiss in that case, *see Muscogee (Creek) Nation v. City of Henryetta*, 809 F. Supp. 3d 1317 (E.D. Okla. 2025), to show why they are entitled to an injunction and why the Court should not dismiss this case, *see* ECF No. 3-1 at 19-20; ECF No. 66 at 45 n.54; ECF No. 67 at 45 n.54.  On May 13, 2026, the district court in *Henryetta* issued a preliminary injunction, enjoining the Defendant City "and all its officers, agents, and employees" from "initiating, pursuing, or enforcing any municipal criminal prosecution or citation against any Indian, whether or not a member of the Muscogee (Creek) Nation, for conduct occurring with the boundaries of the Muscogee (Creek) Reservation," which injunction applies "to prosecutions under both state and municipal ordinances, including traffic, misdemeanor, and code violations." 2026 WL 1336060, at *16.

4927-2766-3276, v. 3

The *Henryetta* district court's May 13 decision supports Plaintiffs' arguments in this case that: under Supreme Court precedent and the law of this Circuit, States lack criminal jurisdiction over Indians in Indian country unless Congress provides otherwise, *see id.* at *7, *11; ECF No. 3-1 at 19; ECF No. 66 at 45 n.54; ECF No. 67 at 45 n.54; the Constitution assigns authority over Indians in Indian country to Congress, not the States, *see* 2026 WL 1336060, at *7-8; ECF No. 3-1 at 20, 20-21 n.22; ECF No. 66 at 45 n.54; ECF No. 67 at 45 n.54; that *Oklahoma v. Castro-Huerta*, 597 U.S. 629 (2022), does not change either conclusion, *see* 2026 WL 1336060, at *8-10; ECF No. 3-1 at 20; and that Defendants cannot rely on state court decisions to overcome these principles of federal law, *see* 2026 WL 1336060, at *10-11; ECF No. 66 at 46; ECF No. 67 at 46. *Henryetta* also supports Plaintiffs' arguments that an invasion of tribal sovereignty by a state constitutes irreparable harm justifying injunctive relief, *see* 2026 WL 1336060, at *13, *15; ECF No. 3-1 at 23-24; ECF No. 67 at 47-48, and that the balance of equities weigh in Plaintiffs' favor because the State does not have a cognizable interest in the unlawful exercise of criminal jurisdiction in Indian country, *see* 2026 WL 1336060, at *14; ECF No. 3-1 at 24-25; ECF No. 67 at 48-49.

Dated:  May 15, 2026                          Respectfully submitted,

By:  */s/ Michael Burrage*
      Michael Burrage, OBA No. 1350
      WHITTEN BURRAGE
      512 N. Broadway Ave., Suite 300
      Oklahoma City, OK 73102
      Tel: 405-516-7800
      E-mail:  mburrage@whittenburragelaw.com

      *Counsel for the Chickasaw Nation and Choctaw*
        *Nation of Oklahoma*

2

4927-2766-3276, v. 3

/s/ Frank S. Holleman

Frank S. Holleman, DC Bar No. 1011376
Douglas B. L. Endreson, DC Bar No. 461999, *pro hac vice*
SONOSKY, CHAMBERS, SACHSE,
    ENDRESON & PERRY, LLP
1425 K St NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail:  fholleman@sonosky.com
            dendreso@sonosky.com

*Counsel for the Cherokee, Chickasaw, and Choctaw Nations*

Chad Harsha, OBA No. 31579
Attorney General
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
E-mail: chad-harsha@cherokee.org

*Counsel for the Cherokee Nation*

Stephen H. Greetham, OBA No. 21510, *pro hac vice*
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Tel: 984-261-7240
E-mail:  sgreetham@greethamlaw.net

*Counsel for the Cherokee and Chickasaw Nations*

Kaycie Sheppard, OBA No. 21356, *pro hac vice*
*Chief Executive Counsel*
THE CHICKASAW NATION
OFFICE OF EXECUTIVE COUNSEL
2021 Arlington St.
Ada, OK 74820
Tel: 580-310-7925
E-mail: kaycie.sheppard@chickasaw.net

*Counsel for the Chickasaw Nation*

3

Brian Danker, OBA No. 16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

4

4927-2766-3276, v. 3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the above and foregoing documents with the Clerk of Court via the ECF System for filing.

/s/ *Frank S. Holleman*
Frank S. Holleman

4927-2766-3276, v. 3