# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

THE CHEROKEE NATION, et al.,     )

                           )

              Plaintiffs,     )

                           )

v.                           )     Civil Action No. 4:25-cv-00630-CVE-JFJ

                           )

WADE FREE, et al.,          )

                           )

              Defendants.     )

                           )

## PLAINTIFF NATIONS' NOTICE OF RECENTLY-FILED CASE

Plaintiffs Cherokee Nation, Chickasaw Nation, and Choctaw Nation of Oklahoma notify the Court that on April 27, 2026, the Oklahoma Department of Wildlife Conservation ("ODWC") and Defendant Free filed a new action against the Oklahoma Attorney General in the state District Court of Oklahoma County, raising the same state and federal law claims that Defendants Free, Stitt, and Cochran, joined by the ODWC, unsuccessfully sought to have the Oklahoma Supreme Court hear. *See* Dkt. No. 86; *Okla. Dep't of Wildlife Conservation v. Drummond*, No. MA-123759 (Okla. dismissed Mar. 23, 2026). In the new action, the ODWC and Defendant Free seek "[a] judicial declaration . . . that the State has jurisdiction to enforce the Oklahoma Wildlife Conservation Code, 29 O.S. §§ 1-101 et seq., and the ODWC Regulations, OKLA. ADMIN. CODE Title 800, including without limitation State licensure requirements, on all fee (non-trust) lands in Oklahoma." *See* Pet. for Decl'y & Inj. Relief at 33, *Okla. Dep't of Wildlife Conservation v. Drummond*, No. CV-2026-1045 (Okla. Dist. Ct. filed Apr. 27, 2026). They also seek a temporary injunction[1] against the Attorney General. On May 26, the Attorney General filed a

---

[1] Under Oklahoma law, "[a]n 'interim', 'preliminary', 'temporary' or 'interlocutory' injunction are synonymous adjectives for relief pendent lite that *generally* leaves the parties *in status quo*

response to the motion for temporary injunction and a motion to dismiss, in which he requests, *inter alia*, that the state court stay proceedings in light of the fact that this case is pending in this Court. *See* Resp'ts Mot. to Dismiss Pet. for Decl'y & Inj. Relief, or in Alternative Mot. to Stay Case at 7-9 (filed May 26, 2026). Plaintiffs attach to this notice as Exhibits 1-4, the petition and the briefs on the motions filed to date in the case.

The District Court has scheduled a hearing on the motion for temporary injunction and motion to dismiss for August 18, 2026.

Dated: May 28, 2026           Respectfully submitted,

By:   */s/ Michael Burrage*
Michael Burrage, OBA No. 1350
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
E-mail: mburrage@whittenburragelaw.com

*Counsel for the Chickasaw Nation and Choctaw Nation of Oklahoma*

*/s/ Frank S. Holleman*
Frank S. Holleman, DC Bar No. 1011376
Douglas B. L. Endreson, DC Bar No. 461999, *pro hac vice*
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP
1425 K St NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail: fholleman@sonosky.com
        dendreso@sonosky.com

*Counsel for the Cherokee, Chickasaw, and Choctaw Nations*

---

until the merits have been decided." *Edwards v. Bd. of Cnty. Comm'rs*, 2015 OK 58, ¶ 1 n.1, 378 P.3d 54, 56 n.1 (quoting *Smith v. State ex rel. Bd. of Regents*, 1993 OK 1, ¶ 1 n.1, 846 P.2d 370, 370 n.1 (Opala, J., dissenting) (emphases in opinion)).

Chad Harsha, OBA No. 31579
Attorney General
CHEROKEE NATION
OFFICE OF ATTORNEY GENERAL
P.O. Box 1533
Tahlequah, OK 74465
Tel: 918-453-5369
E-mail: chad-harsha@cherokee.org

*Counsel for the Cherokee Nation*

Stephen H. Greetham, OBA No. 21510, *pro hac vice*
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Tel: 984-261-7240
E-mail:  sgreetham@greethamlaw.net

*Counsel for the Cherokee and Chickasaw Nations*

Kaycie Sheppard, OBA No. 21356, *pro hac vice*
*Chief Executive Counsel*
THE CHICKASAW NATION
OFFICE OF EXECUTIVE COUNSEL
2021 Arlington St.
Ada, OK 74820
Tel: 580-310-7925
E-mail: kaycie.sheppard@chickasaw.net

*Counsel for the Chickasaw Nation*

Brian Danker, OBA No. 16638
Senior Executive Officer
DIVISION OF LEGAL & COMPLIANCE
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina Dr.
Durant, OK 74701
Tel: 580-642-7423
E-mail: bdanker@choctawnation.com

*Counsel for the Choctaw Nation of Oklahoma*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2026, I electronically filed the above and foregoing documents with the Clerk of Court via the ECF System for filing.

*/s/ Frank S. Holleman*
Frank S. Holleman